UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH CHAN; TAMARA HOFFMAN; DOES 1 THROUGH 200

                Plaintiff,

                -against-

UNITED STATES DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT; RICHARD J. MARQUIS; LISA GARCIA; STEPHEN GOODMAN; NICHOLAS A. CHOUBAH; ALLISON C.C. DE CERRENO; WILLIAM J. CARRY; DOES 1 THROUGH 10,

                Defendants.

23-CV-10365 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiffs Elizabeth Chan and Tamara Hoffman bring this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application.[1] *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiffs submitted the complaint without the filing fees or IFP applications. Within thirty days of the date of this order, Plaintiffs either must either pay the $402.00 in fees or submit the attached IFP applications; both Plaintiffs must file her own IFP application. If Plaintiffs submit IFP applications, both applications should be labeled with docket number 23-CV-10365. If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

---

[1] Plaintiffs filed this action on November 22, 2023, before the administrative fee increased on December 1, 2023, to $55.00.

No summons shall issue at this time. If Plaintiffs comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 16, 2024
            New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                   Chief United States District Judge