UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES 1 THROUGH 200,<br><br>      Plaintiffs,<br><br>  -against-<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, RICHARD J. MARQUIS, LISA GARCIA, STEPHEN GOODMAN, ALLISON L.C. DE CERRENO, NICHOLAS A. CHOUBAH, and WILLIAM J. CARRY,<br><br>      Defendants. | 23-cv-10365 (LJL)<br><br>ORDER OF SERVICE |

LEWIS J. LIMAN, United States District Judge:

  Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants United States Department of Transportation, Federal Highway Administration, Shailen Bhatt, Richard J. Marquis, Lisa Garcia, Stephen Goodman, Allison L.C. De Cerreno, Nicholas A. Choubah, and William J. Carry.  Plaintiffs are directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

  If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiffs filed the complaint because they had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

Plaintiffs may receive court documents by email by completing the attached form, Consent to Electronic Service.[2]

SO ORDERED.

Dated: January 25, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

---

[2] If Plaintiffs consent to receive documents by email, Plaintiffs will no longer receive court documents by regular mail.