UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/2/2024__
```

---------------------------------------------------------------------X
                                             :

NEW YORKERS AGAINST CONGESTION     :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR  :
WINKEL, LEE BERMAN, MEREDITH LeVANDE,  :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN   :          24-cv-367 (LJL)
FREED, TREVER HOLLAND, RICKY YANG, PAUL  :
ENG, BARUCH WEISS, ROBERT FRIEDRICH,   :
KEVIN FORRESTAL, WARREN SCHREIBER,    :
CHRISTOPHER RYAN, BEN MASON, DENNIS   :
ROSARIO, RABBI Y.S. GINZBERG, JACOB     :
ENGLANDER, AARON GONZALEZ, HOWARD   :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY :
SCARPACI, COUNCILMEMBER JOSEPH C.    :
BORELLI, COUNCILMEMBER KRISTY       :
MARMORATO, COUNCILMEMBER VICKIE    :
PALADINO, COUNCILMEMBER JOANN ARIOLA, :
COUNCILMEMBER SUSAN ZHUANG,        :
COUNCILMEMBER KALMAN YEGER,        :
COUNCILMEMBER INNA VERNIKOV,       :
COUNCILMEMBER DAVID CARR,         :
COUNCILMEMBER ROBERT F. HOLDEN, and   :
ASSEMBLYMEMBER DAVID WEPRIN, individually :
and on behalf of all others similarly situated,   :
                                             :

                        Plaintiffs,     :

        -v-                          :
                                           :

UNITED STATES DEPARTMENT OF       :
TRANSPORTATION, FEDERAL HIGHWAY    :
ADMINISTRATION, SHAILEN BHATT, in his official :
capacity as Administrator of the Federal Highway :
Administration, RICHARD J. MARQUIS, in his official :
capacity as Division Administrator of the New York :
Division of the Federal Highway Administration,  :
METROPOLITAN TRANSPORTATION AUTHORITY, :
TRIBOROUGH BRIDGE AND TUNNEL      :
AUTHORITY, NEW YORK STATE DEPARTMENT  :
OF TRANSPORTATION, NEW YORK CITY    :
DEPARTMENT OF TRANSPORTATION and    :
TRAFFIC MOBILITY REVIEW BOARD,     :
                                           :

                     Defendants.    :
---------------------------------------------------------------------X

```
                                              :
ELIZABETH CHAN, TAMARA HOFFMAN, and DOES :
1 through 200,                                :
                                              :
                 Plaintiffs,                  :
                                              :                 23-cv-10365 (LJL)
        -v-                                   :
                                              :                      ORDER
UNITED STATES DEPARTMENT OF                   :
TRANSPORTATION, FEDERAL HIGHWAY               :
ADMINISTRATION, SHAILEN BHATT, in his official :
capacity as Administrator of the Federal Highway :
Administration, RICHARD J. MARQUIS, in his official :
capacity as Division Administrator of the New York :
Division of the Federal Highway Administration, LISA :
GARCIA, in her official capacity, STEPHEN     :
GOODMAN, in his official capacity, ALLISON L.C. DE :
CERRENO Ph.D., in her official capacity, NICHOLAS :
A. CHOUBAH, P.E., in his official capacity, WILLIAM :
J. CARRY, in his official capacity, and DOES 1 through :
10.                                           :
                                              :
                 Defendants.                  :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference in the above-captioned cases on February 12, 2024, at 10:00 A.M in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  At the conference, the parties should be prepared to discuss: (1) contemplated next steps in the litigation, including the timing for any filing of the certified administrative record and motions; (2) whether any discovery is necessary in the case; (3) whether the parties are amenable to a settlement conference at this stage in the litigation; and (4) whether the parties are amenable to a global settlement conference at this stage in the litigation.  A global settlement conference would potentially include the parties in these cases as well as the parties in the cases styled *State of New Jersey v. United States Department of Transportation*, No. 23-cv-3885 (D.N.J.); *Sokolich v. United States Department of Transportation*, No. 23-cv-21728 (D.N.J.); and *Mulgrew v. United States Department of Transportation*, 24-cv-81 (E.D.N.Y.).


        SO ORDERED.


Dated: February 2, 2024                       _____
       New York, New York                            LEWIS J. LIMAN
                                              United States District Judge