Alan Klinger
212 378 7677
aklinger@Steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

*The Court will hold the February 12, 2024 conference as scheduled.*

*DATE: February 6, 2024*

Via ECF

February 5, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
U.S. District Court
Southern District of New York
500 Pearl St,
New York, NY 10007

Re:   *Chan et al v. U.S. Dep't of Transp., et al.*, No. 1:23-CV-10365

Dear Judge Liman,

      We write on behalf of Plaintiffs Elizabeth Chan, Tamara Hoffman, and Does 1 through 200 regarding Your Honor's February 2, 2024 Order scheduling an initial conference in the above-captioned action on February 12, 2024.  We have recently been retained by Plaintiffs to represent them in this matter and intend to file an amended complaint later this month.  With this information, we ask the Court whether it prefers that the conference be adjourned until after the amended pleading is filed or go forward on the scheduled date.  (If the conference goes forward on February 12, lead plaintiff, Ms. Chan, would not be able to participate due to her observance of the Chinese New Year.)  We of course will participate at the Court's direction.

      Respectfully submitted,

      */s/ Alan M. Klinger*

      Alan M. Klinger

      *Attorney for Plaintiffs*