AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Elizabeth Chan, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10365-LJL |
| United States Department of Transportation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Nicholas A. Choubah, P.E.

Date:    02/09/2024

*Attorney's signature*

Andrew G. Frank AF-8047
*Printed name and bar number*

New York State Attorney General's Office
28 Liberty Street
New York, New York  10005

*Address*

andrew.frank@ag.ny.gov
*E-mail address*

(212) 416-8271
*Telephone number*

(212) 416-6007
*FAX number*