UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ELIZABETH CHAN, et al.,

                Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,

                Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

1:23-cv-10365-LJL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of the undersigned, as attorney to be noticed, on behalf of Defendant, William J. Carry, in the above-titled action.

Dated:  New York, New York
         February 12, 2024

                                        SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the City of New York

                                        _____
                                        Christian C. Harned
                                        New York City Law Department
                                        100 Church Street
                                        New York, NY 10007
                                        Telephone: (212) 356-1676
                                        chharned@law.nyc.gov

                                          *Attorneys for Defendant William J. Carry*