AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Elizabeth Chan;  Tamara Hoffman | ) ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:23-cv-10365-LJL |
| United States Department of Transportation, Federal Highway Administration, Shailen Bhatt, Richard J. Marquis, Lisa Garcia, Stephen Goodman, Allison L.C. De Cerreno, Nicholas A. Choubah, and William J. Carry | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_    Letitia James
Attorney General for the State of New York
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Alan M. Klinger
Dina Kolker
David Kahne
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____01/25/2024_____

_Signature of Clerk or Deputy Clerk_

Elizabeth Chan; Tamara Hoffman

**AFFIDAVIT OF SERVICE**

Plaintiffs,

Civil Action No. 1:23-cv-10365-LJL

Date Filed 01/25/2024

-against-

United States Department of Transportation, Federal Highway
Administration, Shailen Bhatt, Richard J. Marquis, Lisa Garcia,
Stephen Goodman, Allison L.C. De Cerrano, Nicholas A. Choubah,
and William J. Carry

Defendants.

State of New York )
            ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on
February 7, 2024 at approximately 3:30 PM deponent served the following specific papers:  Summons in a Civil
Action, Order, Letter to the Court and Complaint, that the party served was Letitia James, Attorney General for
the State of New York,  by personally serving one copy of the aforesaid papers at the office of the Attorney
General of the State of New York located at the Justice Building, State Street, in the City of Albany, New York
by delivering to and leaving the papers with Amy Schofield, a white female with blonde hair, being
approximately 30 years of age; height of 5'7", weight of 140 lbs., being an authorized person in the office of the
New York State Attorney General and empowered to receive such service.

*Edward Bowmaker*

Edward J. Bowmaker

Sworn to before me this __7__ day of February, 2024

*Carla J. Vinetti*

Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026