AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Elizabeth Chan; Tamara Hoffman <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Transportation, Federal Highway Administration, Shailen Bhatt, Richard J. Marquis, Lisa Garcia, Stephen Goodman, Allison L.C. De Cerreno, Nicholas A. Choubah, and William J. Carry <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-10365-LJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Marquis
Division Administrator of the New York Division of the Federal Highway Administration
Federal Highway Administration
New York Division Office
Lee W. O'Brien Federal Building
11A Clinton Avenue
Room 719
Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan M. Klinger
Dina Kolker
David Kahne
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___01/25/2024___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00081-DG-JAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Richard Marquis - Division Administrator of the New York Division of the Federal Highway Administration
was received by me on *(date)* 02/07/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I mailed a copy of the Summons through Certified Mail

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/13/2024

*Server's signature*

Carolyn Thomas
*Printed name and title*

1114 Avenue of the Americas New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Richard Marquis<br>Division Administrator of the New York Division of the Federal Highway Administration<br>Federal Highway Administration<br>New York Division Office<br>Lee W. O'Brien Federal Building<br>11A Clinton Avenue<br>Room 719<br>Albany, NY 12207 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|   9590 9402 8564 3186 3584 81 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0680 0002 1356 0740 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |