# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

February 16, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y.) (LJL)

Dear Judge Liman:

    We write on behalf of Defendant Allison L.C. de Cerreño to inform Your Honor of two letters filed today and yesterday in *Mulgrew v. U.S. Department of Transportation*, No. 24 Civ. 00081 (E.D.N.Y.), attached here as Exhibits 1 and 2, concerning transfer of that case to this Court.

    Respectfully submitted,

    Roberta A. Kaplan