UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Civ. No. 1:23-cv-10365-LJL <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that Mark A. Chertok of SIVE, PAGET & RIESEL P.C., an attorney admitted before this Court, hereby appears in the above-captioned action on behalf of Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address stated below.

Dated: February 27, 2024
      New York, New York

Respectfully submitted,

*/s/ Mark A. Chertok*
Mark A. Chertok
SIVE, PAGET & RIESEL P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 421-2150
Facsimile: (212) 421-1891
E-mail: mchertok@sprlaw.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*