UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, et al., <br><br>                    *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br>                    *Defendants*. | No. 1:23-CV-10365-LJL |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: February 27, 2024
      New York, New York

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*