UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, et al.,<br><br>     *Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>     *Defendants*. | No. 1:23-CV-10365-LJL |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: February 27, 2024
   Washington, DC

          */s/ Joshua A. Matz*
          Joshua A. Matz
          KAPLAN HECKER & FINK LLP
          1050 K Street NW, Suite 2040
          Washington, DC 20001
          Telephone: (212) 763-0883
          Facsimile: (212) 564-0883
          jmatz@kaplanhecker.com

          *Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*