UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, RACHEL EHRENPREIS, CHAIM KATZ, WINNIE CHEUNG, MEIR EHRENPREIS, JOHN BAILEY, SEAN CARNEY, LUIS DIAZ AND FAMILIES FOR A BETTER PLAN FOR CONGESTION,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, NICHOLAS A. CHOUBAH, P.E. in his official capacity as Chief Engineer for the New York State Department of Transportation, WILLIAM J. CARRY in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation,<br><br>      Defendants. | Case No. 23-cv-10365-LJL<br>[rel. 1:24-cv-01644-LJL]<br>[rel. 1:23-cv-10365-LJL]<br><br>**Oral argument requested** |

## PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

  PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 56, Plaintiffs Elizabeth Chan, Tamara Hoffman, Rachel Ehrenpreis, Chaim Katz, Winnie Cheung, Meir Ehrenpreis, John Bailey, Sean Carney, Luis Diaz, and Families For A Better Plan For Congestion will move before the Honorable Lewis J. Liman, Judge of the U.S. District Court for the Southern District of New York for summary judgment (the "Motion").

  In support of its Motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declarations of Alan M. Klinger and Elizabeth Chan, supporting exhibits, and the administrative

record (ECF 41-1).  Plaintiffs also submit the accompanying Proposed Order.  Plaintiffs respectfully request oral argument on its Motion.

Dated: March 18, 2024
New York, New York

**STEPTOE LLP**

By:   */s/ Alan M. Klinger*
Alan M. Klinger
Dina Kolker
David Kahne
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
aklinger@steptoe.com

*Counsel for Plaintiffs*