# EXHIBIT 2

9589 0710 5270 0573 2036 07

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**NEW YORK, NY 10007**

OFFICIAL USE

| Certified Mail Fee | $4.15 | |
| --- | --- | --- |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $9.00 | |
| $ | | |
| Total Postage and Fees | $13.95 | |
| $ | | |

Sent To  Lisa Garcia

Street and Apt. No., or PO Box No.  US EPA

City, State, ZIP+4®  US EPA

Postmark
Here

MAY 1 2 2023

05/12/2023

PS Form 3800, May 2023    PSN 7530-02-000-9047    See Reverse for Instructions

0005
88

Case 1:23-cv-1000-LJ. Document 54-10 Filed 03/16/24 Page 3 of 7

9589 0710 5270 0573 2036 14

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

Albany NY 12207

OFFICIAL USE

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $10.05

Total Postage and Fees $14.20

Sent To Richard Marquis, USDOT

Street and Apt. No., or PO Box No. Leo O'Brien Fed Bldg 11A Clinton Ave

City, State, ZIP+4® Albany NY 12207

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

06/12/2023

JUN 12 2023
Postmark
Here

CHURCH STREET STATION
NEW YORK, NY 10008
0005 88

Case 1:23-cv-10365-LJL   Document 56-10   Filed 03/16/24   Page 4 of 7

**9589 0710 5270 0573 2037 37**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.



New York, NY 10004

| Certified Mail Fee | $4.15 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $9.80

Total Postage and Fees  $13.95
$

Sent To  Allison de Cerreno  MTA

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

05/12/2023

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Case 1:23-cv-10365-LJL   Document 54-10   Filed 03/18/24   Page 5 of 7

9589 0710 5270 0573 2037 20

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Albany NY 1225

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $

Postage  $10.05

Total Postage and Fees $14.20

Sent To  Nicholas Chabais

Street and Apt. No., or PO Box No.  NYS DOL

City, State, ZIP+4®

Postmark Here

JUN 12 2023

CHURCH STREET STATION NEW YORK NY

08/12/2023

0005 88

PS Form 3800, January 2023  PSN 7530-02-000-9047  See Reverse for Instructions

Case 1:23-cv-10365-LJL   Document 54-15   Filed 03/18/24   Page 6 of 7

9589 0710 5270 0573 2037 13

# U.S. Postal Service ™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $4.15

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.80

$

Total Postage and Fees $13.95

$

Sent To  _William J Carry_

Street and Apt. No., or PO Box No. _NYC DOI_

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047        See Reverse for Instructions

JUN 12 2023 Postmark Here

New York, NY 10007

CHURCH STREET STATION

06/12/2023

Case 1:23-cv-10365-LJL   Document 54-10   Filed 03/18/24   Page 7 of 7

9589 0710 5270 0573 2036 21

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee
$ $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $0.00
☐ Return Receipt (electronic)        $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required           $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $7.00

Total Postage and Fees
$ $7.00

Sent To
Stephen Goodman

Street and Apt. No., or PO Box No.
Federal Transit Administration

City, State, ZIP+4®

06/12/2023

Postmark
Here

JUN 12 2023
NEW YORK NY 100...

PS Form 3800, January 2023 PSN 7530-02-000-9047          See Reverse for Instructions