```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MICHAEL MULGREW, as President of the UNITED         :
FEDERATION OF TEACHERS, Local 2, American           :
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,  :
individually and in his capacity as Staten Island Borough : 24-cv-1644 (LJL)
President, PAUL CAMINITI, TROY McGHIE,              : 24-cv-367 (LJL)
MARTHA MAZIER, CARLY BIANCHINI, HANNAH              : 23-cv-10365 (LJL)
CHOI, FRANK GARCIA, LINDSEY LAMPF,                  :
:                                                     ORDER
                Plaintiffs,                         :
        -v-                                         :
:
UNITED STATES DEPARTMENT OF                         :
TRANSPORTATION, FEDERAL HIGHWAY                     :
ADMINISTRATION, SHAILEN BHATT, in his official      :
capacity as Administrator of the Federal Highway    :
Administration, RICHARD J. MARQUIS, in his official :
capacity as Division Administrator of the New York  :
Division of the Federal Highway Administration, the :
METROPOLITAN TRANSIT AUTHORITY, the                 :
TRIBOROUGH BRIDGE AND TUNNEL                        :
AUTHORITY, the NEW YORK STATE                       :
DEPARTMENT OF TRANSPORTATION, the NEW               :
YORK CITY DEPARTMENT OF TRANSPORTATION              :
:
                Defendants.                         :
-------------------------------------------------------------------:
:
NEW YORKERS AGAINST CONGESTION                      :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR             :
WINKEL, LEE BERMAN, MEREDITH LeVANDE,               :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN                :
FREED, TREVER HOLLAND, RICKY YANG, PAUL             :
ENG, BARUCH WEISS, ROBERT FRIEDRICH,                :
KEVIN FORRESTAL, WARREN SCHREIBER,                  :
CHRISTOPHER RYAN, BEN MASON, DENNIS                 :
ROSARIO, RABBI Y.S. GINZBERG, JACOB                 :
ENGLANDER, AARON GONZALEZ, HOWARD                   :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY               :
SCARPACI, COUNCILMEMBER JOSEPH C.                   :
BORELLI, COUNCILMEMBER KRISTY                       :
MARMORATO, COUNCILMEMBER VICKIE                     :
PALADINO, COUNCILMEMBER JOANN ARIOLA,               :

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, | : |
| COUNCILMEMBER KALMAN YEGER, | : |
| COUNCILMEMBER INNA VERNIKOV, | : |
| COUNCILMEMBER DAVID CARR, | : |
| COUNCILMEMBER ROBERT F. HOLDEN, and | : |
| ASSEMBLYMEMBER DAVID WEPRIN, individually | : |
| and on behalf of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, | : |
| METROPOLITAN TRANSPORTATION AUTHORITY, | : |
| TRIBOROUGH BRIDGE AND TUNNEL | : |
| AUTHORITY, NEW YORK STATE DEPARTMENT | : |
| OF TRANSPORTATION, NEW YORK CITY | : |
| DEPARTMENT OF TRANSPORTATION and | : |
| TRAFFIC MOBILITY REVIEW BOARD, | : |
| | : |
| Defendants. | : |
| ---------------------------------------------------------------------X | |
| | : |
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES | : |
| 1 through 200, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, LISA | : |
| GARCIA, in her official capacity, STEPHEN | : |
| GOODMAN, in his official capacity, ALLISON L.C. DE | : |
| CERRENO Ph.D., in her official capacity, NICHOLAS | : |
| A. CHOUBAH, P.E., in his official capacity, WILLIAM | : |

| | |
|---|---|
| J. CARRY, in his official capacity, and DOES 1 through 10. | :<br>:<br>: |
| Defendants. | : |

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court will hold oral argument on the motions to dismiss and motions for summary judgment in the above-captioned cases on May 17, 2024, at 10:00 A.M in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 20, 2024
       New York, New York

                                    LEWIS J. LIMAN
                                United States District Judge