UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAN, et al., | Civil Action No. 23-cv-10365 |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Amy Cassidy of SIVE, PAGET & RIESEL P.C., an attorney admitted before this Court, hereby appears in the above-captioned action on behalf of Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address stated below.

Dated: April 1, 2024
New York, New York

/s/ Amy Cassidy
Amy Cassidy, Esq.
SIVE, PAGET & RIESEL P.C.
560 Lexington Avenue, 15th floor
New York, NY 10022
Phone: (212) 421-2150
Fax: (212) 421-1891
Email: acassidy@sprlaw.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*