AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Chan, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-10365 (LJL) |
| U.S. Dep't of Transportation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Department of Transportation, Federal Highway Administration, Shailen Bhatt (in official capacity), and Richard J. Marquis (in official capacity).

Date: 04/01/2024

/s/ Dominika Tarczynska
*Attorney's signature*

Dominika Tarczynska
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Address*

dominika.tarczynska@usdoj.gov
*E-mail address*

(212) 637-2748
*Telephone number*

(212) 637-2686
*FAX number*