**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

ELIZABETH CHAN, *et al.*,

                Plaintiffs,

  -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

             Defendants.

---------------------------------------------------------- X

Case No. 23 Civ. 10365 (LJL)

NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law in Support of the Their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and (2) the Administrative Record, Defendants the U.S. Department of Transportation, the Federal Highway Administration, Shailen Bhatt, and Richard J. Marquis, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: April 1, 2024
      New York, New York

                                     DAMIAN WILLIAMS
                                     United States Attorney for the
                                     Southern District of New York

          By:    */s/ Zachary Bannon*
                  ZACHARY BANNON
                  DOMINIKA TARCZYNSKA
                  Assistant United States Attorneys
                  86 Chambers Street, 3rd Floor
                  New York, New York 10007
                  Tel:    (212) 637-2728
                  Fax:    (212) 637-2717
                  Email: Zachary.Bannon@usdoj.gov