UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, RACHEL EHRENPREIS, CHAIM KATZ, WINNIE CHEUNG, MEIR EHRENPREIS, JOHN BAILEY, SEAN CARNEY, LUIS DIAZ AND FAMILIES FOR A BETTER PLAN FOR CONGESTION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, NICHOLAS A. CHOUBAH, P.E. in his official capacity as Chief Engineer for the New York State Department of Transportation, WILLIAM J. CARRY in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation,<br><br>*Defendants*. | Hon. Lewis J. Liman<br><br>Civ. No. 23-cv-10365-LJL<br><br>**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, AND THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law in Support of the Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and (2) the Administrative Record, Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and the New York City Department of Transportation hereby move this Court for an order granting summary judgment pursuant to Federal Rule of Civil Procedure 56.

1

Dated: April 1, 2024 Respectfully submitted,

SYLVIA O. HINDS-RADIX
Corporation counsel of the City of New York
By: /s/ Nathan Taylor
    Nathan Taylor
    Senior Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2315
    ntaylor@law.nyc.gov

*Counsel for Defendant the New York City Department of Transportation*

/s/ Mark A. Chertok
Mark A. Chertok
Elizabeth Knauer
John F. Nelson
Amy Cassidy
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com
acassidy@sprlaw.com

/s/ Roberta A. Kaplan
Roberta A. Kaplan
Gabrielle E. Tenzer
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com

Joshua A. Matz
Kate Harris (*pro hac vice* forthcoming)
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
jmatz@kaplanhecker.com
kharris@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*