# EXHIBIT 1

| Issue | Example Record Cite |
|---|---|
| Agency should have prepared an Environmental Impact Statement (EIS) | DOT_7638 (comment urging preparation of an EIS); DOT_7737 (comment urging a full and thorough EIS) |
| Limited discussion on dismissal of alternatives to Congestion Pricing | DOT_44938 (EPA March 10, 2022 letter); DOT_45084 (EPA October 3, 2022 meeting summary); DOT_7591 |
| Failure to consider dynamic Tolling as an alternative to Congestion Pricing | DOT_7938-42 (comment raising dynamic tolling); DOT_8717 (comment raising dynamic tolling); DOT_11469-70 (comment raising dynamic tolling); DOT_44942 (March 2022 letter from EPA raising dynamic tolling) |
| Failure to consider phased-in implementation as an alternative to Congestion Pricing | DOT_7677-78 (raising phased-in implementation); DOT_31317 (same) |
| Concerns about limited time for community to review documents and provide comments | DOT_9184 (comment regarding insufficient time to review documents and participate in the process) |
| Concerns about commenting on range of hypothetical scenarios, instead of defined toll structure | DOT_19422 (comment regarding vague information and no way of knowing personal impacts of Congestion Pricing); DOT_19811 (comment regarding lack of a plan presented) |
| Increased pollution near the FDR Drive | DOT_31453 (comment regarding increased pollution along FDR Drive due to redistributed traffic); DOT_7709 (comment regarding increased congestion along FDR Drive) |
| Increased pollution near the Bronx | DOT_44989 (showing increase in VMT in Bronx under multiple tolling scenarios); DOT_45025 (September 2022 letter from EPA expressing concerns about adverse air quality impacts outside of CBD, including the Bronx) |
| Increased pollution in Richmond County (Staten Island) | DOT_45025 (September 2022 letter from EPA expressing concerns about adverse air quality impacts outside of CBD, including Richmond County) |
| Increased pollution in Nassau County | DOT_7591 (comment regarding higher traffic volumes in Nassau County); DOT_7751 (same); DOT_7787 (same) |
| Increased pollution in Bergen County | DOT_45025 (September 2022 letter from EPA expressing concerns about adverse air quality impacts outside of CBD, including Bergen County) |
| Lack of attention paid to Environmental Justice communities | DOT_44982 (FHWA concerns expressed to MTA regarding diverting traffic to EJ communities); DOT_7320-25 (EPA request for comparative analysis of air quality impacts on general population and minority/low-income populations); DOT_45082 (Oct. 2022 meeting summary memo where EPA encourages consideration of cumulative impacts that could impact burdened communities); DOT_31453 (comment |

|  | regarding neglected low-income communities in NY) |
|---|---|
| Concerns about insufficient mitigation | DOT_7456 (comments regarding insufficient mitigation measures; DOT_7572 (comment requesting fortified mitigation measures); DOT_7638 (comment regarding lack of appropriate mitigation measures) |
| Concerns regarding Adaptive Management Plan for mitigation | DOT_45083 (Oct. 2022 meeting summary memo where EPA seeks a more specific adaptive management plan for mitigation); DOT_45366 (March 2023 email from EPA expressing continued concerns regarding Adaptive Management Plan) |
| Community concerns about taking public transit due to increased crime | DOT_7992 (comment raising concerns about crime on subway); DOT _11476 (same); DOT_11514 (same); DOT_11589 (same); DOT_11615 (same); DOT_14334 (same) |