# EXHIBIT 2

### 360 SCHOOLS WILL NEED AIR FILTRATION UNITS ONCE CONGESTION PRICING BEGINS

| Zipcode Containing Segments of Thoroughfares | Thoroughfare | # of Schools in Zip Code Containing Segments of Thoroughfares |
|---|---|---|
| **TOTAL** | | **360** |
| 10303 | Staten Island Expressway | 2 |
| 10302 | Staten Island Expressway | 5 |
| 10304 | Staten Island Expressway | 10 |
| 10305 | Staten Island Expressway | 5 |
| 11252 | Staten Island Expressway | 0 |
| 11228 | Staten Island Expressway | 6 |
| 11220 | Staten Island Expressway | 12 |
| 11232 | Staten Island Expressway | 12 |
| 11231 | Staten Island Expressway | 9 |
| 11251 | Staten Island Expressway | 0 |
| 11206 | Staten Island Expressway | 28 |
| 11249 | Staten Island Expressway | 1 |
| 11222 | Staten Island Expressway | 6 |
| 11211 | Staten Island Expressway | 16 |
| 11104 | Staten Island Expressway | 4 |
| 11103 | Staten Island Expressway | 3 |
| 11102 | Staten Island Expressway | 6 |
| 10035 | Staten Island Expressway | 19 |
| 10454 | Staten Island Expressway | 26 |
| 10455 | Staten Island Expressway | 24 |
| 10459 | Staten Island Expressway | 16 |
| 10032 | Cross Bronx Expressway | 13 |
| 10453 | Cross Bronx Expressway | 23 |
| 10465 | Cross Bronx Expressway | 10 |
| 10472 | Cross Bronx Expressway | 17 |
| 10005 | FDR Drive | 0 |
| 10003 | FDR Drive | 17 |
| 10016 | FDR Drive | 5 |
| 10168 | FDR Drive | 0 |
| 10065 | FDR Drive | 7 |
| 10021 | FDR Drive | 2 |
| 10028 | FDR Drive | 2 |
| 10029 | FDR Drive | 29 |
| 10281 | West Side Highway/West Street | 0 |
| 10019 | West Side Highway/West Street | 14 |
| 10023 | West Side Highway/West Street | 11 |

Note: This list includes traditional public schools and charter schools.

Source: https://gisgeography.com/new-york-city-zip-code-map/

Methodology: The number of schools in each zip code containing a segment of a thoroughfare exempt from tolling was counted, identifying 360 schools requiring air filtration units.