# EXHIBIT 5

To Whom It May Concern,

I am writing with respect to the proposed congestion pricing.  I represent the Leman Community Association (LCA), which is a 501 (c)(3) organization representing the parents at Leman Manhattan Prep, which has two schools close to the West Side Highway.   One campus, 1 Morris Street, is directly next to the proposed exempt exit near the Hugh L Carey tunnel.  The other is 2 blocks away on Broad Street.

I have become aware of the draft Final Environmental Assessment dated April 2023.  **My task today is to assess the impact of the exempted thoroughfares on the residents and businesses in lower Manhattan as well as the rest of Manhattan.**  This appears not to have been completed to date and could have a very negative impact on the children of our school and others in the neighborhood.

It appears that several issues have not been analyzed in the environmental analysis and impact on residents as well as businesses in lower Manhattan.  While it is recognized that congestion is a serious problem in New York City as a whole, any plan should not alleviate congestion in one part of New York City to the detriment of other parts of New York City and the residents that live there.

The plan to reduce congestion in the central business district (CBD) appears to move the traffic patterns from within the CBD to the exempted thoroughfares around the CBD, specifically West Side Highway, the FDR Drive, the Battery Park Underpass, and any surface roadway portions of the Hugh L Carey Tunnel connecting to West Street.  There are many residential buildings that are along lower West St and the Hugh L Carey Tunnel as well as schools and parks.  Further, along West Street, there are several schools, playgrounds, and residential areas that families call their home.

Our issue is the environmental and safety issues for our children which have not been reviewed.  The likely increased congestion due to this exempted thoroughfare will result in an increase of environmental and noise pollution.  The decision to exclude West Side Highway, the FDR Drive, the Battery Park Underpass along with any surface roadway portions of the Hugh L Carey Tunnel connecting to West Street from the CBD is arbitrary and there has not been appropriate analysis on the impact for the communities that abut the exempted thoroughfares.

I worry that the proposed plan will make the congestion in lower Manhattan even worse than it is today with the safety (as well as health) of our students put at risk.  We must ensure that we are not reducing congestion in the CBD to the detriment of other communities in New York City.

We look forward to seeing the updated proposal following a revised study to truly understand the implications to the impacted communities.

Regards,

*Jen Rosini-Gentile*

Jen Rosini-Gentile
President – Leman Community Association