# EXHIBIT 6



**NYC STEM CLUB, Inc**
*65 Broadway,*
*Suite 1105*
*New York, NY 10006*
Phone:347.788.8332

June 12, 2023

*VIA EMAIL: CBDTP@dot.gov, CBDTP@mtabt.org, Rick.Marquis@dot.gov, Garcia.Lisa@epa.gov, Stephen.Goodman@dot.gov, Allison.cdecerreno@mtahq.org, nick.choubah@dot.ny.gov,* wcarry@dot.nyc.gov

Richard J. Marquis
New York Division Administrator
Federal Highway Administration
U.S. Department of Transportation


Leo W. O'Brien
Federal Building 11A
Clinton Ave, Suite 719
Albany, NY 12207

Lisa Garcia
Regional Administrator, EPA Region 2
U.S. Environmental Protection Agency
Main Regional Office
290 Broadway
New York,
NY 10007-1866


Stephen Goodman
Regional Administrator, FTA Region 2
U.S. Federal Transit Administration
One Bowling Green, Room 428
New York, NY 10004


**Subject: New York City Central Business District Tolling Program — Environmental Assessment**


Dear Mr. Marquis, Ms. Garcia, and Mr. Goodman:


NYC STEM CLUB is an afterschool academic enrichment provider in the Battery Park City and Financial District area, close to the West Side Highway and serving K-12 students. We are writing to express our concerns about the health and safety impact of the proposed congestion pricing. One consequence of the proposed tolling program is that traffic will be rerouted out of the CBD and onto the West Side Highway. Our clients are families with children, and many of these children independently cross the West Side Highway to attend our programs. Increased congestion on West Street by drivers trying to avoid the toll will compromise traffic safety for students who attend not just our programs but also attend schools in the neighborhood.

Additionally, increase in environmental pollution in Battery Park City due to potential re-routing of vehicular traffic will further reduce the quality of life for downtown residents and cause many to relocate out of the city, thereby impacting small business that serve this thriving residential neighborhood. Small businesses use essential services such as zip car

in order to run errands where we cannot transport goods easily using public transportation, adding a surcharge is further going to increase cost of doing business which will impact small businesses.

We understand that congestion is a serious problem in any major city. However, the unintended consequences of trying to alleviate this problem without a thorough impact study will directly impact the residents of Battery Park City.

Speaking as a minority business owner and one who consciously moved to Battery Park City post 9/11 to help rebuild this community, it is disheartening to note that the new policy will negatively impact the health and wellbeing of the residents who have already endured a lot to rebuild this neighborhood. We ask that you immediately assess the impact of the exempted throughfares on the residents and businesses of Battery Park City as well as the rest of Manhattan and issue an Environmental Impact Statement after this is done.

Sincerely,

Rukmani Venkataramani
*President and Founder,*
*NYC STEM CLUB*
*65 Broadway,*
*Suite 1105*
*New York, NY 10006*

2