# EXHIBIT 7



# PS 89 PARENT TEACHER ASSOCIATION

201 Warren Street, New York, NY 10282    pta@ps89pta.org

June 11, 2023

*VIA EMAIL: CBDTP@dot.gov, CBDTP@mtabt.org, Rick.Marquis@dot.gov, Garcia.Lisa@epa.gov, Stephen.Goodman@dot.gov, Allison.cdecerreno@mtahq.org, nick.choubah@dot.ny.gov, wcarry@dot.nyc.gov*

Richard J. Marquis
New York Division Administrator
Federal Highway Administration
U.S. Department of Transportation
Leo W. O'Brien Federal Building
11A Clinton Ave, Suite 719
Albany, NY 12207

Lisa Garcia
Regional Administrator, EPA Region 2
U.S. Environmental Protection Agency
Main Regional Office
290 Broadway
New York, NY 10007-1866

Stephen Goodman
Regional Administrator, FTA Region 2
U.S. Federal Transit Administration
One Bowling Green, Room 428
New York, NY 10004

**Subject: New York City Central Business District Tolling Program — Environmental Assessment**

Dear Mr. Marquis, Ms. Garcia, and Mr. Goodman:

The Executive Board of the PS 89 Parents and Teachers Association (PTA), a school close to the West Side Highway in Battery Park City, is writing to express our concerns about the health and safety impact of the proposed congestion pricing.

We have reviewed the draft Final Environmental Assessment dated April 2023. This Assessment is substantially incomplete because it does not consider the environmental impacts on residents and businesses in Battery Park City. Specifically:

**The plan will substantially increase congestion on West Street**. The plan to reduce congestion in the central business district (CBD) will move traffic patterns from within the CBD to "exempted" areas, including the West Side Highway, FDR Drive, Battery Park Underpass, and surface roadways connecting the

Thank you for your tax-deductible donation to benefit the PS 89 Parent Teacher Association. The PTA of PS 89 is a 501(c)3, not-for-profit, tax exempt organization. All donations are tax-deductible to the full extent of the law. The PS 89 PTA Tax ID is 134025019.



**PS 89 PARENT TEACHER ASSOCIATION**
201 Warren Street, New York, NY 10282    pta@ps89pta.org

Hugh L Carey Tunnel to West Street. The plan arbitrarily exempts these thoroughfares. The impact of the additional traffic on affected communities that abut these thoroughfares was not studied.

**Environmental and noise pollution will increase in neighborhoods, schools and playgrounds near major thoroughfares**. There are many residential buildings along lower West St and the Hugh L Carey Tunnel. Many schools and parks directly abut these thoroughfares. These include PS 89, the PS 89 playground, Battery Park City fields, the West Thames Playground, Imagine Playground, and the Hudson Riverfront bike paths. The students of PS 89 have daily recess in the playground on West Street, and our students walk to school on streets directly affected by this plan. Thousands of children play in these playgrounds every day. The increase in environmental and noise pollution, and its effects on the health and welfare of residents, especially children, was not studied.

We recognize that congestion is a serious problem in New York City at a whole. But we are concerned that plans to alleviate congestion in one part of New York City will be to the detriment of other parts of New York City, and the residents who live there. The proposed plan disproportionately affects residents of Battery Park City by making the congestion in our neighborhood even worse than it is today, and puts the safety and health of our students at greater risk.

We ask that you immediately assess the impact of the exempted throughfares on the residents and businesses of Battery Park City as well as the rest of Manhattan, and issue an Environmental Impact Statement after this is done. The goal of decreasing congestion in the CBD cannot be to the detriment of other communities in New York City.

Sincerely,

Executive Board, PS 89 Parents and Teachers Association

cc:    Allison L.C. de Cerreno, Ph.D., Deputy Chief Operating Officer, MTA
       Nicholas A. Choubah, P.E., Chief Engineer, New York State Department of Transportation
       William J. Carry, Assistant Commissioner for Policy, New York City Department of Transportation

Thank you for your tax-deductible donation to benefit the **PS 89 Parent Teacher Association**. The PTA of PS 89 is a 501(c)3, not-for-profit, tax exempt organization. All donations are tax-deductible to the full extent of the law. The PS 89 PTA Tax ID is 134025019.