# EXHIBIT 8



June 12th 2023

Richard J Marquis
Division Administrator
US Department of Transportation Federal Highway Administration
Leo W. O'Brien Federal Building 11A Clinton Avenue, Suite 719
Albany, NY 12207

Lisa Garcia
Main Regional Office
United States Environmental Protection Agency
290 Broadway
New York, Ny 10007-1886

Stephen Goodman
FTA Region 2 Regional Administrator
Federal Transit Administration
One Bowling Green, Room 428
New York, Ny 10004

Allison L.C. de Cerreno, Ph.D.
Deputy Chief Operating Officer
Metropolitan Transportation Authority
2 Broadway, 23rd Floor
New York, NY 10004

Nicholas A. Choubah, P.E.
Chief Engineer
New York State Department of Transportation
50 Wolf Road
Albany, NY 12238

William J. Carry
Assistant Commissioner for Policy
New York City Department of Transportation
55 Water Street
New York, NY 10041

I am writing with respect to the proposed congestion pricing.  I represent The Learning Experience Battery Park which is a private childcare/preschool located at 28 Washington Street close to the West Side Highway. I have become aware of the draft Final Environmental Assessment dated April 2023.  It appears that several issues have not been analyzed in the environmental analysis and impact on residents as well as businesses in lower Manhattan. While it is recognized that congestion is a serious problem in New York City at a whole, any plan should not alleviate congestion in one part of New York City to the detriment of other parts of New York City and the residents that live there.

The plan to reduce congestion in the central business district (CBD) appears to move the traffic patterns from within the CBD to the exempted throughfares around the CBD, specifically West Side Highway, the FDR Drive, the Battery Park Underpass, and any surface roadway portions of the Hugh L Carey Tunnel connecting to West Street.  There are many residential buildings that are along lower West Street and the Hugh L Carey Tunnel as well as schools and parks.  Further, along West Street, there are several schools, playgrounds, and residential areas that families call their home. The likely increased congestion due to this exempted thoroughfare will result in an increase of environmental and noise pollution.  The decision to exclude West Side Highway, the FDR Drive, the Battery Park Underpass along with any surface roadway portions of the Hugh L Carey Tunnel connecting to West Street from the CBD is arbitrary and there has not been appropriate analysis on the impact for the communities that abut the exempted throughfares.

I worry that the proposed plan will make the congestion in lower Manhattan even worse than it is today with the safety (as well as health) of our students put at risk.  I ask that you immediately assess the impact of the exempted throughfares on the residents and businesses in lower Manhattan as well as the rest of Manhattan.  We must ensure that we are not reducing congestion in the CBD to the detriment of other communities in New York City.

Thank you,

**Jessica Pollard**
Managing Director

28 Washington Street
New York, NY 10004
P: 212-797-1110
F: 212-797-1115
Jpollard@tlecorp.com
thelearningexperience.com/center/manhattan