# EXHIBIT 9

| Timestamp | Name: | Email Address: | Phone Number: | Are you a resident of Battery Park City, with a residential or business address within the confines of Battery Park City | Address | Do you own a car and park within the confines of Battery Park City? | Do you rent or own your apartment in Battery Park City ? | Do you pay for garage space west of West Street and south of Chambers in Battery Park City? |
|---|---|---|---|---|---|---|---|---|
| 6/2/2023 10:04:27 | Amaliya Makarovskaya | Amaliyamak@gmail.com | 646-637-3232 | Yes | 212 Warren street | Yes | Own | Yes |
| 6/2/2023 10:07:03 | Meera Arghal | meera.arghal@gmail.com | 2489749294 | Yes | 2 River Terrace | Yes | Own | Yes |
| 6/2/2023 10:17:34 | Vikrum vora | Vikrumvora@gmail.com | 4195091310 | Yes | 2 river terrace | Yes | Own | Yes |
| 6/2/2023 10:26:43 | Melissa sundar | Melissa.sundar@gmail.com | 6196185455 | Yes | 20 river ter | No | Rent | No |
| 6/2/2023 10:28:42 | Andy Fraley | Andy.fraley@gmail.com | 9176833808 | Yes | 385 S End Ave | Yes | Rent | Yes |
| 6/2/2023 10:45:23 | Ozge Akinci Emekli | ozgeakinci79@gmail.com | 3472436165 | Yes | 212 Warren Street Apt 12J | Yes | Own | Yes |
| 6/2/2023 10:47:41 | Sonya Weiss | sonyamara@gmail.com | 6469180260 | Yes | 70 Battery Place #215 NY, NY 10280 | Yes | Own | No |
| 6/2/2023 10:55:23 | Liming Kwan | leekwan337@yahoo.com | (917) 885-5785 | Yes | 333 Rector PlApt 1103 | Yes | Rent | Yes |
| 6/2/2023 11:01:31 | Harpreet Mann | hkmann@gmail.com | 6462218073 | Yes | 325 North End Avenue | Yes | Rent | Yes |
| 6/2/2023 11:01:43 | Stewart Lee | stewartlee@gmail.com | 3478788972 | Yes | 212 Warren Street, New York, NY 10282 | Yes | Rent | Yes |
| 6/2/2023 11:03:37 | Jim Thompson | 212 729 3405 | Yes | 50 Battery Place 6F New York NY 10280 | Yes | Rent | No | |
| 6/2/2023 11:10:53 | Theresa Chiueh | tchiueh@gmail.com | 6172566546 | Yes | 211 N End Ave Apt 7C 10282 | No | Rent | No |
| 6/2/2023 11:11:42 | Angela Lee | angelaleechoi@gmail.com | 9179020355 | Yes | 2 River Terrace Apt. 5D NY, NY 10282 | Yes | Own | Yes |
| 6/2/2023 11:16:19 | Anila tai | Tai.anila@gmail.com | 2027449038 | Yes | 8 river terrace 14r | Yes | Own | Yes |
| 6/2/2023 11:17:49 | Jenny Chen Liao | jaycliao@gmail.com | 6463315666 | Yes | 212 Warreb Street, Apt 21G, New York, NY 10282 | Yes | Own | Yes |
| 6/2/2023 11:20:27 | Elizabeth Battista | Eabattista@hotmail.com | 9736980590 | Yes | 375 South End Avenue APT 10E NY, NY 10280 | Yes | Rent | Yes |
| 6/2/2023 11:21:51 | Caitlin Szczupak | Caitlin_burrows@yahoo.com | 914-907-3875 | Yes | 2 River Terrace | Yes | Own | Yes |
| 6/2/2023 11:22:49 | Trestney H. Manning | trestney@gmail.com | 5514978972 | Yes | 99 Battery Place, Pat. 10C, NY, NY 10280 | Yes | Rent | Yes |
| 6/2/2023 11:27:27 | | | | | | | | |
| 6/2/2023 11:27:43 | | | | | | | | |
| 6/2/2023 11:29:06 | Eric Gyasi | eric.gyasi@gmail.com | 917-755-4494 | Yes | 325 North End Avenue, Apt 24A | Yes | Rent | Yes |
| 6/2/2023 11:32:04 | Sumeet Singal | sumeet.singal@gmail.com | 9252162920 | Yes | 333 Rector Pl | Yes | Own | Yes |
| 6/2/2023 11:32:46 | Young Yun | young.yun@mentorbkb.org | 6469372618 | Yes | Tribeca Green | No | Rent | No |
| 6/2/2023 11:35:51 | Claudine Williams | claudine_whittley@hotmail.com | 917-510-4845 | Yes | 325 North End Avenue 21d | Yes | Rent | Yes |
| 6/2/2023 11:36:18 | Yvette Yasui | yvette@yvetteyasui.com | 347-603-5620 | Yes | 355 South End Ave.16B | Yes | Rent | No |
| 6/2/2023 11:37:07 | Rae Gyasi | raegyasi@gmail.com | 201-410-3168 | Yes | 325 North End Ave, Apt 24A, NY NY 10282 | Yes | Rent | Yes |
| 6/2/2023 11:39:47 | Nishant Mittal | Nishmit@gmail.com | 3475138068 | Yes | 395 S End Avenue 4CC, New Tork | Yes | Rent | Yes |
| 6/2/2023 11:41:07 | Velina Ivanova | velina@me.com | 6469320691 | Yes | 211 N End Ave 8C | Yes | Rent | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/2/2023 11:42:36 | Rita Thompson | | 212 920 4983 | Yes | 50 Battery Place 6F New York, NY 10280 | Yes | Rent | No |
| 6/2/2023 11:43:07 | Jenna Amicucci-DeChristoph | jenna.amicucci@gmail.com | 9145228226 | Yes | 325 north end ave | Yes | Rent | Yes |
| 6/2/2023 11:44:00 | Ashley Greenberg | markela1@comcast.net | 8124984141 | Yes | 75 west street | No | Rent | No |
| 6/2/2023 11:44:14 | Korin | Korinjcohen@gmail.com | 9176127575 | Yes | 2 river terrace | Yes | Own | Yes |
| 6/2/2023 11:47:45 | Allen Yau | yauzers@gmail.com | 9176042407 | Yes | 212 Warre | Yes | Rent | Yes |
| 6/2/2023 11:47:47 | Vicki Metzger | Vickimetzger@ymail.com | 9176085760 | Yes | 20 River Terr | Yes | Rent | Yes |
| 6/2/2023 11:54:44 | Winnie Cheung | Winnienyc@gmail.com | 917-885-5598 | Yes | 325 N End Ave, New York NY 10282 | Yes | Rent | Yes |
| 6/2/2023 11:59:13 | Kaori Terao | Kaoriterao@gmail.com | 917-573-7500 | Yes | 200 north end avenue | Yes | Rent | Yes |
| 6/2/2023 12:01:25 | Libby Bv | libby_babu@yahoo.com | 9146613998 | Yes | 75 west street | Yes | Rent | No |
| 6/2/2023 12:01:26 | Christian Habeck | chabeck@gmail.com | 646-637-8520 | Yes | 50 Battery Place, New York, NY 10280 | No | Rent | No |
| 6/2/2023 12:17:51 | Sandy Davis | Sandradavis0719@gmail.com | 3194317367 | Yes | 70 Little West St | Yes | Own | Yes |
| 6/2/2023 12:34:06 | Susanne Ring | susannehring@gmail.com | 9179039381 | Yes | 20 River Terrace | Yes | Own | No |
| 6/2/2023 12:36:23 | Roger Abounader | Roger Abounader | 917-624-3160 | Yes | 355 S End Avenue, 19L, NY, NY 10280 | Yes | Rent | No |
| 6/2/2023 12:50:46 | Lisa wan | Lisa@raveaboutskin.com | 347-524-1614 | Yes | 2 S End Avenue | No | Own | No |
| 6/2/2023 13:04:59 | Sumati Gupta | sumatig@gmail.com | 9123085553 | Yes | 8 river terrace apt 3t new york, ny 10282 | No | Own | Yes |
| 6/2/2023 13:07:35 | Juhi Singhai | ju.singhal@gmail.com | 6466422816 | Yes | 200 Rector | No | Rent | No |
| 6/2/2023 13:08:05 | Elizabeth Chan | lizbethxq@gmail.com | 9178258237 | Yes | 385 South End Avenue #5M, New York, NY 10280 | Yes | Rent | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/2/2023 13:34:05 | Ursila Jung | ursilaj@hotmail.com | 2129120075 | Yes | 333 rector place,apt 1005 | Yes | Own | Yes |
| 6/2/2023 13:42:29 | Reena Argawal | reena2@gmail.com | 917-242-0152 | Yes | 333 rector place | Yes | Own | No |
| 6/2/2023 13:49:53 | Sarah Maznavi | Sruthdunn@yahoo.com | 917-952 9544 | Yes | 355 South End Ave | Yes | Rent | Yes |
| 6/2/2023 13:58:09 | Dan Baranovsky | daniel.baranovsky@gmail.com | 9177498579 | Yes | 2 River Ter Apt 25A NY NY 10282 | Yes | Own | Yes |
| 6/2/2023 14:03:58 | Madan Sampath | Madans@microsoft.com | 9174204287 | Yes | 200 Rector Place 15H New York NY 10280 | Yes | Own | No |
| 6/2/2023 14:06:44 | Lixi Ma | 375 South end ave apt 15G . NY. N | 646-285-8277 | Yes | 295 West Thames Street.NY.  NY10280 | No | Rent | No |
| 6/2/2023 14:09:23 | Arturo Ortiz de Zevallos | turi27@gmail.com | 9176553646 | Yes | 200 North End Ave Apt 8F | Yes | Rent | Yes |
| 6/2/2023 14:10:31 | Asif Ahmed | Asif.we.ahmed@gmail.com | 6467012753 | Yes | 212 Warren Street Apt 25C | Yes | Own | Yes |
| 6/2/2023 14:11:33 | Anna Lam | Annalam991@gmail.com | 6463355000 | Yes | 333 Rector Place 1503 | Yes | Rent | Yes |
| 6/2/2023 14:17:00 | Tamer Abdelgawad | tabdelgawad@gmail.com | 917-528-4376 | Yes | 395 S End Ave Apt 16M | Yes | Rent | Yes |
| 6/2/2023 14:29:29 | Elisa Barsotti | barsottielisa@gmail.com | 310-622-5453 | Yes | 99 Battery | No | Rent | No |
| 6/2/2023 14:30:36 | Sissel Juul Jensen | sisseljuul@gmail.com | 9193232291 | Yes | 41 River TerraceApt. 1103 | Yes | Rent | No |
| 6/2/2023 14:42:21 | Irina Baichorova | Baifamily@mail.ru | 2128101952 | Yes | 380 Rector Place, Apt. 4B | Yes | Own | Yes |
| 6/2/2023 14:42:55 | Nikhil Rupani | Nrupani@gmail.com | 9175747510 | Yes | 30 West Street NY NY 10004 | Yes | Rent | Yes |
| 6/2/2023 14:52:35 | Dea Rupani | Tanuwalia@hotmail.com | 5163530406 | Yes | 30 West Street NY NY 10004 | Yes | Rent | Yes |
| 6/2/2023 15:08:00 | Cristy Lucke | cristy.lucke@gmail.com | 2063724889 | No | 355 South End Ave | Yes | Rent | No |
| 6/2/2023 15:09:11 | Crystalie Liu | Crystalie80@aol.com | 646-359-9043 | Yes | 200 Rector Place Apt 4N NY, NY 10280 | Yes | Own | No |
| 6/2/2023 15:11:53 | kaul, Neelam | pinky381@rediffmail.com | 2129331995 | Yes | 395 south end ave ny ny 10280 | Yes | Rent | Yes |
| 6/2/2023 15:23:28 | Melissa He | mhnyc22@gmail.com | 415-395-6366 | Yes | 380 Rector Pl., apt. 8, New York, NY 10280 | Yes | Rent | Yes |
| 6/2/2023 15:23:28 | Nina Chao | Antonina.chao@gmail.com | 5162443700 | Yes | 114 liberty street | Yes | Own | Yes |

| Date/Time | Name | Email | Phone | Yes | Address | Y/N | Own/Rent | Y/N |
|---|---|---|---|---|---|---|---|---|
| 6/2/2023 15:29:36 | Farah Arabe | | 5712135126 | Yes | 212 Warren Street, New York, NY 10282 | No | Own | No |
| 6/2/2023 15:31:36 | Elena Bonotti | elenabonotti@hotmail.com | 9172157727 | Yes | 355 s end ave 17n | Yes | Rent | Yes |
| 6/2/2023 15:35:57 | Laura Bhatt | laurabhatt@gmail.com | 3476041073 | Yes | 99 Battery Place | Yes | Own | No |
| 6/2/2023 15:40:33 | Laura Horan | Lsmoczynski1@yahoo.com | 9176999859 | Yes | 30 West St | Yes | Own | Yes |
| 6/2/2023 15:43:49 | Vineet Bedi | vineetbedi@gmail.com | 9739461884 | Yes | 333 Rector Place, 604 | Yes | Own | No |
| 6/2/2023 15:47:01 | Monica De Martin | monstarsea@gmail.com | 9176877303 | Yes | 225 Rector Place, 15G | Yes | Rent | Yes |
| 6/2/2023 15:47:24 | Peter McGrath | peterbmcgrath@gmail.com | 646-275-4488 | Yes | 325 North End Ave, Apt 6P | Yes | Rent | No |
| 6/2/2023 16:09:01 | Artem Baichorov | Consultbai@hotmail.com | 9172161702 | Yes | 380 Rector place | Yes | Own | No |
| 6/2/2023 16:21:27 | Shawn Collins | shawnmichaelcollins@gmail.com | NA | Yes | 211 N End Ave | Yes | Rent | Yes |
| 6/2/2023 16:55:02 | Tiffany OBrien | Tiffco@hotmail.com | 3474662812 | Yes | 30 West Street | Yes | Own | Yes |
| 6/2/2023 16:56:26 | Wynne Goduco | wynne122@gmail.com | 9172885272 | Yes | 333 Rector Pl | Yes | Own | Yes |
| 6/2/2023 17:11:28 | Emily Propp | emily.r.fuhrman@gmail.com | 4058802530 | Yes | 212 Warren Street | Yes | Own | Yes |
| 6/2/2023 17:13:45 | Vikas Agrawal | vikasagrawal84@gmail.com | 4194642142 | Yes | 8 River Terrace, 3T, New York, NY 10282 | Yes | Rent | Yes |
| 6/2/2023 18:03:29 | Arjun Saxena | arjunsax@yahoo.com | 917-543-6256 | Yes | 200 Rector Pl Apt 42F New York, NY 10280 | Yes | Rent | Yes |
| 6/2/2023 19:44:17 | Bo Peng | bpeng20162018@gmail.com | 2024608634 | Yes | 30 West Street Mew York | Yes | Own | No |
| 6/2/2023 20:00:17 | Erica Stern | stern.erica@gmail.com | 8622029315 | Yes | 50 Battery Place | Yes | Rent | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/2/2023 20:15:24 | Jacky Goldman | Jacky.fortune@gmail.com | 4804590330 | Yes | 333 rector place Ny ny 10280 | Yes | Own | No |
| 6/2/2023 20:58:47 | Rachel Chan Yau | Rachel.Chan.yau@gmail.com | 9175623663 | Yes | 212 Warren Street | Yes | Own | Yes |
| 6/2/2023 21:08:36 | Karl Chong | karl_chong@hotmail.com | 3472552813 | Yes | 8 River Terrace, Apt 10R, New York, NY 10282 | Yes | Rent | Yes |
| 6/2/2023 21:18:00 | Senta Fleisher | Senta.fleisher@gmail.com | 3109903304 | Yes | 200 N End Ave, #26B | Yes | Rent | Yes |
| 6/2/2023 21:32:51 | Michelle Kim | michelle.kim43@gmail.com | 9735985310 | Yes | 2 River Terrace, APT 4A, New York, NY 10282 | No | Own | No |
| 6/2/2023 22:36:19 | Jenny Rich | Jennyrich17@gmail.com | 5163183153 | Yes | 211 North End Avenue Apt 15 K NY NY 10282 | Yes | Rent | Yes |
| 6/2/2023 22:41:10 | Paul Haswr | SurgeryDad@gmail.com | 2122335272 | Yes | 70 Little West St, 11M, NY  NY 10004 | Yes | Rent | Yes |
| 6/2/2023 22:57:03 | Paresh Lala | paresh.lala@gmail.com | 6464626776 | Yes | 450 North End Avenue | No | Rent | No |
| 6/2/2023 22:58:56 | Kevin O'Brien | Kevinob@gmail.com | 2039820246 | Yes | 30 West StApt 5A | Yes | Own | No |
| 6/3/2023 0:23:31 | Jacqueline Cruz | jackie.c.suarez@gmail.com | 6462442849 | Yes | 380 rector place | No | Rent | No |
| 6/3/2023 6:54:12 | MEGAN LUCAS | meganmlucas@gmail.com | 3306183303 | Yes | 8 River Terrace 10R | Yes | Own | Yes |
| 6/3/2023 7:38:52 | Clara De La Cerda | De La Cerda | 3479685800 | Yes | 70 Little West Street | Yes | Own | Yes |
| 6/3/2023 9:11:32 | Keti Qipo | keti25@aol.com | 9174074680 | Yes | 300 Rector Pl | Yes | Rent | Yes |
| 6/3/2023 10:41:39 | Alexandra zagami | Alexandrazagami@gmail.com | 917-239-4397 | Yes | 395 s end ave NY NY 10280 | Yes | Rent | Yes |
| 6/3/2023 12:59:57 | Daniel Akkerman | akkermand@yahoo.com | 2018737249 | Yes | 300 albany st | No | Rent | No |
| 6/3/2023 13:11:08 | Rich Semendoff | Rsemendoff@gmail.com | 5163129698 | Yes | 225 Rector Place | No | Own | No |
| 6/3/2023 13:13:16 | Amy Koethe | mckoethe51@gmail.com | 9177710913 | Yes | 200 Rector Pl, Apt 31E, New York, NY 10280 | Yes | Rent | No |
| 6/3/2023 13:36:20 | Tushar Chahal | teecee1784@gmail.com | 6462556390 | Yes | 325 north end Ave | Yes | Rent | Yes |
| 6/3/2023 14:37:40 | Gustavo Tatsch | tatsch.gustavo@gmail.com | 9177449696 | Yes | 30 West Street, 7C, NY, NY, 10004 | Yes | Rent | No |
| 6/3/2023 15:39:24 | Manimaran Kaliamurthy | mdmanimaran@gmail.com | 914 826 6241 | Yes | 70 Battery place , Apt 817, New York, NY 10280 | Yes | Rent | Yes |
| 6/3/2023 17:13:30 | Gina polavarapu | Ginasugarman@gmail.com | 9174548474 | Yes | 333 rector pl apt 504 | Yes | Own | Yes |
| 6/3/2023 17:15:36 | John Kartsonas | jkartsonas@gmail.com | 9174955244 | Yes | 2 south end ave TH3, NY NY 10280 | Yes | Own | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/3/2023 19:12:51 | Rajesh Mehta | Rmehta.rx@gmail.com | 9175656546 | Yes | 200 Rector Pl | Yes | Own | Yes |
| 6/3/2023 19:16:28 | Ugur Kucukcetin | ece.issever@gmail.com | 860-877-0036 | Yes | 211 n end apt 8A Nwe York, Ny 10282 | Yes | Rent | Yes |
| 6/3/2023 19:33:33 | Carolyn Cartwright | Carolyn516@gmail.com | 6462868328 | Yes | 355 S End Ave 32F NYC, NY 10280 | Yes | Rent | Yes |
| 6/3/2023 20:14:52 | David Silberman | silberman.david@gmail.com | 9173019505 | Yes | 2 River Terrace, Apt 15A, New York , ny 10282 | Yes | Own | Yes |
| 6/3/2023 20:51:12 | Jeffrey Wirtheim | Jeffwirth2002@gmail.com | 5163537399 | Yes | 200 Rector Place NY NY 10280 | Yes | Own | Yes |
| 6/3/2023 22:36:16 | Jake Levy | jakelevy@gmail.com | 3233266609 | Yes | 300 N. End Ave. #10M | Yes | Rent | Yes |
| 6/4/2023 1:37:08 | Humayun Tai | Humayun_tai@mckinsey.com | 2024949415 | Yes | 8 River Terrace, Apt 14R | Yes | Rent | Yes |
| 6/4/2023 6:03:23 | Avni Mehta | avni.mehta11@gmail.com | 9494399534 | Yes | 200 Rector PlaceUnit 7J | No | Own | Yes |
| 6/4/2023 7:44:50 | Kristin DiObilda | kdiobilda@gmail.com | 9173018591 | Yes | 377 Rector Place | Yes | Own | Yes |
| 6/4/2023 7:58:36 | Darian Schwartz | darianserena@gmail.com | 9147155882 | Yes | 200 Rector Place | Yes | Own | No |
| 6/4/2023 8:49:35 | Emma Daly | Emmadaly.ny@gmail.com | 2123807023 | Yes | 41 River Terrace | No | Rent | No |
| 6/4/2023 8:54:54 | Rebecca Thomas | Rebecca.s.thomas@gmail.com | 9179925184 | Yes | 325 North End Ave, NY NY 10282 | Yes | Rent | Yes |
| 6/4/2023 8:55:54 | Kulin Shah | Kulin.shah@gmail.com | 6467156271 | Yes | 99 Battery Pl, 15H, New York, NY, 10280 | No | Rent | No |
| 6/4/2023 9:43:31 | James Gomez | Jamescgomez2@gmail.com | 917-273-5497 | Yes | 50 Battery Place, 7L, New York, NY 10280 | Yes | Rent | No |
| 6/4/2023 9:51:12 | Phillip Kim | Philkim72@gmail.com | 9175765065 | Yes | 2 River Ter, Apt 19E New York, NY 10282 | Yes | Own | Yes |
| 6/4/2023 10:18:50 | Petrus van gaal | PWFVANGAAL@GMAIL.COM | 9174553266 | Yes | 325 N END AVEAPT 22C | Yes | Rent | Yes |
| 6/4/2023 13:51:55 | Anshoo Misra | Misra.anshoo@gmail.com | 2018880232 | Yes | 345 south end avenue #3G | Yes | Rent | Yes |
| 6/4/2023 13:58:58 | Alok M | alok.m@outlook.com | 2018880710 | Yes | 345 south end ave | Yes | Rent | Yes |
| 6/4/2023 22:26:59 | BARBARA IRELAND | Barbaraireland@luckymail.com | 917-691-4230 | Yes | 300 Rector Place 4C New York | No | Own | No |
| 6/4/2023 23:22:34 | Jeremy Bixenman | jbixenman@gmail.com | 6178774297 | Yes | 333 Rector Place | Yes | Own | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/5/2023 8:16:10 | Dan Cohen | dancohen5@gmail.com | 6469264364 | Yes | | 211 North End Ave | Yes | Rent | Yes |
| 6/5/2023 8:37:41 | Anne Wong | annew628@yahoo.com | 9175762950 | Yes | | 2 River Terrace | Yes | Own | Yes |
| 6/5/2023 10:41:00 | Maria | maherapromo@gmail.com | 212-615-7800 | Yes | | 200 rector place new york NY 10280 | Yes | Own | Yes |
| 6/5/2023 10:46:28 | Kathryn Kagan | ktkagan@hotmail.com | 6465677141 | Yes | | 21 South End Avenue, NYC 10280 | Yes | Rent | Yes |
| 6/5/2023 13:05:15 | George Fraley | fraleyfraley@gmail.com | 9144098839 | Yes | | 211 North End Avenue | No | Rent | No |
| 6/5/2023 21:23:52 | Shipra Kaicker | Shipra.kaicker@gmail.com | 212-810-7018 | Yes | | 99 Battery Place, 20 D, New York, Ny 10280 | Yes | Own | No |
| 6/5/2023 22:13:10 | Adam Hayes | athayes@gmail.com | 9178428536 | Yes | | 2 River Ter 5J NY NY 10282 | Yes | Rent | Yes |
| 6/6/2023 8:51:38 | Blythe Wilder | blythe.adler@gmail.com | 6175486287 | No | | 111 MURRAY STREET, 50W | Yes | Own | Yes |
| 6/6/2023 8:56:55 | Martina Doherty | martina.c.doherty@gmail.com | 347 306 6571 | Yes | | 450 North End Avenue, Apt 10A | No | Rent | No |
| 6/6/2023 9:19:39 | Lindsey Margolin | lindseyerinsharpe@gmail.com | 8594898228 | No | | 303 Greenwich street | No | Own | No |
| 6/6/2023 9:35:48 | Kaitlyn Belicose | kait101185@gmail.com | 2013178860 | Yes | | 300 Vesey Street | Yes | Rent | No |
| 6/6/2023 10:09:23 | Natalie Ma | Nataliema33@gmail.com | 3474186599 | Yes | | 70 Little West St Apt 8J New York, NY 10004 | Yes | Own | Yes |
| 6/6/2023 10:12:34 | Iker Huerga | iker.huerga@gmail.com | 6314568236 | Yes | | 30 West St | Yes | Own | No |
| 6/6/2023 10:44:05 | Philip yang | Philipcyang@gmail.com | 646-3210005 | No | | 311 Greenwich street | Yes | Own | Yes |
| 6/6/2023 11:49:55 | Jay Zhan | me@jayzhan.com | 646-600-9317 | Yes | | 2 River Terrace, New York, NY 10282 | Yes | Own | Yes |
| 6/6/2023 13:30:40 | Jaime Delia | jaime.delia@gmail.com | 9082294760 | Yes | | 355 South End Ave. | Yes | Rent | Yes |
| 6/6/2023 14:26:57 | Marie Sufian | Nicolesufian7@gmail.com | 914-262-1302 | Yes | | 70 little west st apt 8e ny ny 10004 | Yes | Own | Yes |

| 6/6/2023 14:36:52 | Sujana Movva | sujanamovva@gmail.com | 917-355-3561 | Yes | 70 Little West | Yes | Rent | Yes |
| 6/6/2023 14:49:26 | Ethan Sufian | ethan.sufian@gmail.com | 9145889461 | Yes | 70 little west street | Yes | Own | Yes |
| 6/6/2023 16:39:54 | Senta Fleisher | Senta.fleisher@gmail.com | 3109903304 | Yes | 200 N End Ave, #26BApt 26B | Yes | Rent | Yes |
| 6/6/2023 18:29:56 | Carly Ferreira | carly.s.ferreira@gmail.com | 8624323840 | Yes | 30 little west street | Yes | Rent | No |
| 6/6/2023 19:47:39 | Rachel Strocko | Rlstone24@gmail.com | 9178367041 | Yes | 212 warren st, 15L, New York, ny, 10282 | Yes | Own | Yes |
| 6/6/2023 20:00:29 | Mary Elizabeth Simpson | Yuloolootoo@yahoo.com | 3472823200 | No | 21 West Street | No | Rent | No |
| 6/6/2023 20:51:01 | Elizabeth johnson | Easjohnson@gmail.com | 3017045803 | Yes | 211 North End Ave | No | Rent | No |
| 6/6/2023 22:31:18 | Julia Lancian | jlancian@gmail.com | 917-459-0560 | Yes | 20 River Terrace, Apt 7M | Yes | Own | Yes |
| 6/7/2023 6:43:06 | Maria Melendez | Mariam1zny@gmail.com | 6465737026 | Yes | 70 Little West Street | No | Own | No |
| 6/7/2023 9:19:34 | Shannon Mulvihill | Shanbomulvi@gmail.com | 917-330-9564 | Yes | 2 river terrace, 6L | Yes | Own | Yes |
| 6/7/2023 10:14:18 | Yatin Suneja | suneja.yatin@gmail.com | 3157089608 | Yes | 2 RIVER TERAPT 10H | Yes | Own | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/7/2023 12:27:22 | Laura Musano | musano.l@gmail.com | 000-000-0000 | Yes | 21 West Street, New York, NY 10006 | Yes | Rent | No |
| 6/7/2023 16:11:49 | Puneet Sapra | Pks.ref@gmail.com | 9176093573 | Yes | 30 west st | Yes | Own | Yes |
| 6/7/2023 16:15:05 | Lilia stroker | Liliastroker@gmail.com | 9176963231 | Yes | 8 river terrace apt 5t NY NY 10282 | Yes | Own | Yes |
| 6/7/2023 16:29:03 | Lucia Garcia Rico | lucia.grico@gmail.com | +19172518298 | Yes | 99 Battery Place | No | Rent | No |
| 6/7/2023 17:41:54 | Jeffrey Rich | jeffreyallanrich@gmail.com | 9172973430 | Yes | 211 North End Ave | Yes | Rent | Yes |
| 6/7/2023 19:13:09 | Jennifer Semendoff | Jennsemendoff@gmail.com | 6319420612 | Yes | 25 Rector Pl | No | Own | No |
| 6/7/2023 19:31:40 | Victoria Sowa Gordon | victoria.sowa@gmail.com | 3023885913 | Yes | 450 North End Avenue, 17D, New York, NY 10282 | Yes | Rent | Yes |
| 6/7/2023 22:08:49 | Ratika Verma | Ratikavermaa@gmail.com | 3157087409 | Yes | 2 River terrace 10H New York NY 10282 | Yes | Own | Yes |
| 6/7/2023 23:38:42 | Stacey Howard | Staceala@gmail.com | 9176506828 | Yes | 70 battery place #412 ny ny 10280 | Yes | Rent | No |
| 6/8/2023 7:24:53 | Loni Pazich | Lbordoloi@gmail.com | 310-422-9028 | Yes | 212 Warren St, New York NY 10282 | Yes | Own | No |
| 6/8/2023 10:17:41 | Meredith Marbach | meredith.marbach@gmail.com | 2032460425 | Yes | 200 N END AVE, APT 21B | Yes | Rent | Yes |
| 6/11/2023 10:35:55 | Nadine Shahbaz | Nadineshahbaz@gmail.com | 2024455520 | Yes | 20 River Terrace | Yes | Own | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/11/2023 12:25:46 | Colleen Wenke | Cjwtgg@gmail.com | 9173090416 | No | 33 Rector Street | No | Own | No |
| 6/11/2023 13:03:18 | Mark Barth | mark.barth@gmail.com | 3174888060 | Yes | 200 Rector Pl | No | Rent | No |
| 6/11/2023 14:51:36 | Kelly Cahn | kellyhcahn@gmail.com | 9173025119 | Yes | 380 rector place | No | Rent | No |
| 6/11/2023 16:56:14 | Rukmani Venkataramani | jayanthi_v@yahoo.com | 2126082988 | Yes | 377 rector place , 3M, New York , NY 10280 | No | Own | No |
| 6/11/2023 17:10:01 | Nasim | Nasim627@aol.com | 2023273345 | Yes | 2 river terrace | Yes | Own | Yes |
| 6/11/2023 17:40:39 | Cathy David | cathyanndavid@gmail.com | 3107176928 | Yes | 200 North End Ave. | Yes | Rent | Yes |
| 6/11/2023 22:12:57 | Karina Steiner | karinarsteiner@gmail.com | 9177107995 | Yes | 2 River Terrace apt 7N | Yes | Own | Yes |
| 6/11/2023 22:24:14 | Fed Steiner | fedsteiner123@gmail.com | 19735901056 | Yes | 2 river terrace7N | Yes | Own | Yes |
| 6/12/2023 7:41:52 | Patricia Tabora | ptabora@gmail.com | 6467013449 | Yes | 10 little west st | No | Rent | No |
| 6/12/2023 8:55:56 | Veronica Bekkerov | Veronicab@gmail.com | (917)957-2028 | Yes | 99 battery place # 14h, New York NY 10280 | Yes | Rent | Yes |
| 6/12/2023 9:13:27 | Darby Saxena | darbysaxena@gmail.com | 5133258908 | Yes | 30 west street | Yes | Own | Yes |
| 6/12/2023 10:52:50 | Angie Pappalardo | ampappalardo1@gmail.com | 303.918.2787 | Yes | 450 North End Ave, 14C, New York, NY 10282 | No | Rent | No |
| 6/12/2023 11:08:44 | Andrea Dattoma | Andreadattoma@gmail.com | 9177213144 | Yes | 450 north end avenue | No | Rent | No |
| 6/12/2023 14:48:42 | John Zaro | john.zaro@gmail.com | 2673371256 | Yes | 300 Albany StApt 3I | Yes | Own | No |

| What is the address for your garage? | Would you like an exemption for congestion pricing for residents who live and park their car in Battery Park City? | Will congestion tolls in Battery Park City create a financial hardship for your family? | Do you have any additional thoughts or comments to flag or share? | Email Address | | | |
|---|---|---|---|---|---|---|---|
| | Yes | | | | | | |
| | Yes | | | | | | |
| | Yes | | | | | | |
| | Yes | | | | | | |
| | Yes | | | | | | |
| 400 Chambers St | Yes | | | | | | |
| Park on street | Yes | | | | | | |
| 345 South End ave | Yes | | | | | | |
| Icon Parking | Yes | | | | | | |
| 20 River Terrace (601 Murray Street), New York, Ny 10282 | Yes | | | | | | |
| No garage | Yes | | | | | | |
| N/A but I rent cars or use Zipcar at least 2 times a month | Yes | | | | | | |
| Icon Parking (Liberty View Parking, LLC) - 2 River Terrace NY, NY 10282 | Yes | | | | | | |
| 2 river terrace | Yes | | | | | | |
| 99 Murray Street | Yes | | | | | | |
| 345 South End Avenue | Yes | | | | | | |
| 250 Vesey St | Yes | | | | | | |
| 70 Battery Place, NY, NY | Yes | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 400 Chambers Street, new York New York 10282 | Yes | | No | | | | |
| 333 Rector | Yes | | Need to really understand the rules here | | | | |
| N/A | Yes | | N/A | | | | |
| 325 North End Avenue | Yes | | No | | | | |
| Na | Yes | | Residents should not be made to pay a toll, they are not making money by driving their car for their families | | | | |
| 360 Warren Street, NY NY | Yes | | Thanks so much for doing this! | | | | |
| Albany Street | Yes | | Residents of the CBD should be exempt from any congestion pricing. We more than make up for our contribution to the city by the elevated taxes, high grocery prices, passed on inflation costs through all essential services, parking costs. Not to mention the loss of safety on the subways and while walking on the streets. No congestion pricing for residents! | | | | |
| 325 N End Ave | Yes | | Na | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| no garage, they are all too expensive | Yes | | We already pay the highest taxes in the country and are faced with substantial rent increases and rising costs, now the city is looking to make us pay even more in taxes? Many families are being priced out of our neighborhoods and this tax will only add to those pressures. This is an unfair burden to residents. | Ritaythompson@gmail.com | | | |
| 400 chambers | Yes | | We commute to school on the UWS each day as well as go to work outside of the city. We pay tolls and taxes so there needs to be a reduction in fee for those times. The locations are not easily attainable by train | | | | |
| No garage | Yes | | No | | | | |
| 2 river terrace | Yes | | No | | | | |
| 300 North End | Yes | | It's very challenging to formulate a clear argument for / against this since the MTA has released such limited details on the actual plans for the congestion pricing | | | | |
| 20 River | Yes | | N | | | | |
| 300 N End Ave | Yes | | N/A | | | | |
| 250 Vesey | Yes | | This toll would be insane and completely unfair | | | | |
| No | Yes | | Extend exemption to residents in financial district | | | | |
| Battery Parking Garage, east of Westside HWy | Yes | | I would like BPC to be exempt, because we often have to drive our car from the Battery Parking Garage to our house in case of heavy luggage etc... That said,  I am willing to contribute fairly, but it should not imply a prohibitive penalty on BPC residents every time we get a car to leave the city... | | | | |
| 70 Little West St | Yes | | Our family has owned our apartment in BPC since 2011. We are active members of the community, contribute significantly to the local economy and send our kids to school here.  Unfortunately we are seriously contemplating leaving the city as the costs continue to rise while quality of life continues to decline.  This would be the straw that pushes us over the edge.  Enough is enough.  It's unfortunate. | | | | |
| None | Yes | | An exemption for residents is the only fair solution. The additional cost will have a large impact on my family. | | | | |
| N/A | Yes | | This hurts working families that need to drive just to work and take care of their family needs. Several hundred dollars a month in extra fees is outrageous. | | | | |
| 70 Greenwich street ny ny 10006 | Yes | | We are mainly concerned about each entry or exit with relation to our child's activities w school after school which sometimes is outside of bpc, as well as multiple trips each month visiting elderly parents, 2 living in Manhattan who require assistance w medications, groceries, escorting dr appts and welfare checks…<br>Living in Manhattan is challenging enough for middle class families and congestion pricing wd add another financial strain on families. | | | | |
| 2 river terrace | Yes | | n/a | | | | |
| Na | Yes | | Na | | | | |
| 200 Liberty Street | Yes | | Our neighborhood is confined by West Street and to be charged just for getting our car out of the garage and to enter West Street is categorically unfair and an abuse of the congestion price tax. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 333 Rector Place | Yes | | I believe congestion pricing is an additional and unfair tax on NYC residents who already pay high rates of tax. It will result in an increase of cost of living with delivery surcharges being passes on to residents, it will clog arterial routes, it will penalize low and middle income people who commute into the city for their jobs and it will see additional funding going to the MTA, which has proved time and again, to be incapable of fiscally responsible administration. | | | | |
| Na | Yes | | I believe in congestion pricing AND the need for a residential exemption | | | | |
| 70 greenwich street | Yes | | Na | | | | |
| 2 River Terrace | Yes | | BPC is filled with families that need to drive their children to various events.  It is expensive enough to live there without the additional and unique potential costs associated with crossing west street. | | | | |
| NA | Yes | | None | | | | |
| Gateway garage | Yes | | Yes | | | | |
| 345 South End Ave, New York, NY 10280 | Yes | | no | | | | |
| Icon on Murray street and River Terrace | Yes | | Proposed pricing seems egregious | | | | |
| 320 Albany St | Yes | | Can't afford this | | | | |
| 345 S End Ave | Yes | No | No | | | | |
| Battery Park Garage on West Side Highway | Yes | Yes | This will be very tough on our family. Our kids play sports at Pier 40 multiple times a week, including at night and in the winter, and we often need to drive or pick them up as they are too young to subway alone and we aren't comfortable riding the subway with all the crime recently. We cannot afford to pay this toll multiple times a week. We also park across the highway so in the zone but often need to pick up our stuff or drop it off at our BPC apt. Now we would be charged a toll to do this. If this isn't rectified and residents aren't given an exemption, we will have to leave the city along with many other families. | | | | |
| Pier 40 | Yes | Yes | We park at pier 40 because it is slightly more reasonably priced so that means we can get the car and will be charged $23 to pick up our kids at our house. Alternatively we would need to pick up the kids on West st which is not only very dangerous but also illegal | | | | |
| 200 Rector Place | Yes | Yes | We are just as part of Manhattan as any other resident of the island, and deserve to have the same rights! | | | | |
| 70 Greenwich Street NY NY 10006 | Yes | Yes | Residents should be exempt from congestion pricing. We live in this neighborhood…not visiting. | | | | |
| 70 Greenwich Street NY NY 10006 | Yes | Yes | Not fair- we live downtown. We should not be paying congestion pricing if we live in Manhattan. | | | | |
| 70 Greenwich Street | Yes | No | We are frequent cyclists and are hoping congestion pricing will lead to safer riding | | | | |
| Utilize street parking | Yes | Yes | BPC is a family neighborhood with parents who work full time and children who are enrolled in various sports and extracurricular activities that require said families to use cars to. Congestion pricing should be insisted for livery not for working families who live downtown. | | | | |
| 395 South End Avenue | Yes | Yes | cost of living is skyrocketing in nyc…rents should stabilize | | | | |
| Gateway on South End Ave. | Yes | Yes | N/a | | | | |
| Gateway plaza | Yes | Yes | Not at this time | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| farah.arabe@gmail.com | Yes | Yes | Worried about resulting surcharges from taxis and Ubers. | | | | |
| South End avenue | Yes | Yes | No | | | | |
| N/a | Yes | Yes | I support the residential exemption for the BPC congestion pricing. | | | | |
| 237 West Thames St NY, NY 10280 | Yes | No | New York City residents are already taxed at such high levels in nearly every aspect of life in a very expensive city.  We use public transportation within the city, but rely on our car to leave the city to visit family and friends further distances away.  Residents shouldn't have to pay additional fees to park in their own neighborhood. | | | | |
| NA | Yes | Yes | This creates an implicit tax on battery park residents as one can never leave their home without crossing west st | | | | |
| 225 Rector Place, 15G | Yes | Yes | This will greatly add to the cost of living and raising children in BPC. We have lived here for 12 years and don't want to be forced to move. | | | | |
| Pier 40 garage | Yes | Yes | We are part of car pool that often drive our kids to school across town (PS 126).  We also drive our kids to various sports practices and games within the downtown area several times per week | | | | |
| Battery Park City Garage on West st | Yes | Yes | NYC considers BPC residents as residents of Manhattan for tax purposes. As such, we must have the same rights as other residents of Manhattan! | | | | |
| 2 River Terrace | Yes | Yes | We need a study to see how residents of BPC actually use their cars. Many of our neighbors are medical doctors who travel daily to hospitals outside of Manhattan, for example. Asking them to pay an additional $23+ per day to care for others is too much. Very few if any residents of BPC with cars use them to drive into the CBD during peak hours, or otherwise, so being charged to exit the neighborhood onto an exempt thoroughfare to travel to other parts of the city outside of the CBD or out of state (via a bridge or tunnel) seems unjust. This is just another tax on an already heavily taxed population. | | | | |
| Laz Garage on Morris | Yes | Won't bankrupt us but de | London provides discounts to residents who live in the zone and you don't pay on days when your car is not used. The proposals I have seen without those concessions are completely unreasonable to residents who already pay high property taxes (and garage fees!) | | | | |
| 333 Rector Pl | Yes | Yes | N/A | | | | |
| 300 N End Ave | Yes | Financial hardship is irrel | Battery Park City is not the problem where congestion is concerned. I realize we may be too late to exclude BPC from the zone, but at least give the residents an exemption. | | | | |
| 2 River Terrace, New York NY 10282 | Yes | Yes | We do not use our cars on the weekdays.  Primarily to visit family outside of the city on the weekends. | | | | |
| Gateway Plaza Garage, 345 South End Ave New York NY 10280 | Yes | Yes | Subjecting BPC residents to congestion pricing is grossly inequitable, because we are boxed in by West Side Highway…. while residents of FiDi and Tribeca who live on the other side of the highway would not face the same tolls for entering / leaving their neighborhood | | | | |
| Street Parking | Yes | Yes | Strongly request exemption for BPC residents | | | | |
| Laz 70 Greenwich street. This is the battery park garage where many bpc residents park and should also be exempt. | Yes | Yes | We have lived in the neighborhood for over 13 years and this is another thing to push families out of Manhattan. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Laz parking - battery parking garage | Yes | No | N/a | | | | |
| 300 North End Avenue | Yes | Yes | Would like to understand full MTA plans so there is something to react to specifically in regards to the impact this has on BPC residents. | | | | |
| 2 River Terrace, New York, New York 10282 | Yes | No | Thanks for doing this | | | | |
| 200 N End Ave | Yes | Yes | This does not seem well thought out. We have to drive my kids to school as they don't offer a bus and the subway crime is frightening. | | | | |
| N/a | Yes | My parents visit a lot so it | N/a | | | | |
| Garage in Brookfield place | Yes | Yes | It's ridiculous to charge bpc residents congestion pricing. | | | | |
| 80 Greenwich St, NY NY  ( Battery Park Garage) | Yes | Yes | Congestion Parking for me would make it nearly impossible to continue to cover Trauma and Vascular Surgery call in Brooklyn at Brookdale hospital | | | | |
| 42 Harrison Street | Yes | Yes | We frequently drive in and out of battery park city to get from our garage to our apartment. | | | | |
| Washington Street (LAZ) | Yes | No | Crazy | | | | |
| Don't have one | Yes | Guest that visit. Yes!  It's | It's not fair to do this to residents. This is our home. We live here | | | | |
| 2 River Terrace | Yes | Yes | No | | | | |
| 108 2nd Place (70 Little West St.) | Yes | Yes | It is not fair that we'll be charge since West St is our only way out | | | | |
| 50 Battery Pl | Yes | Yes | That should not be for residents | | | | |
| 395 s end ave | Yes | Yes | I have an autoimmune disease lupus which impacts my mobility during seasonal flair ups.<br>I have two small children which I use to get my children around ( school and their dads)  as well as commute to my small business at the Brooklyn navy yard. This would deeply impact my life in multiple ways. | | | | |
| Park in street when I have a car | Yes | Yes | Battery Park a city residents should have a resident exemption or we'll further drive out local residents | | | | |
| 225 Rector Pl | Yes | Yes | I am against this toll. A large number of workers in Battery Park live outside lower Manhattan and it's not fair to them. Doesn't seem well thought out. | | | | |
| Battery Tunnel Garage | Yes | Unknown | Residents, especially elderly or disabled who require their own easily accessible transportation, and those with children who attend school outside the neighborhood should not be additionally taxed to attend doctors appts., school events, emergencies. Congestion/increased pollution in lower Manhattan is a by-product of for hire vehicles trolling for rides, double parking and idling on the streets-not residents living their daily lives. | | | | |
| North End Ave | Yes | It will cause us to rethink | | | | | |
| 70 Greenwich St, New York, NY 10006 | Yes | Yes | N/A | | | | |
| 70 Battery Place, New York, NY 10280 | Yes | Yes | Thanks! | | | | |
| Gateway | Yes | Yes | Battery park city residents should have an exemption | | | | |
| N/a | Yes | Yes | N/A | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 201 W Thames St | Yes | Yes | Already expensive to maintain my home with increasing insurance, HOA, property taxes. We already pay in excess for living in Battery Park City to maintain the high quality of the surroundings that the tourists seemingly enjoy on a daily basis. Would appreciate a break in the upcoming congestion tax. | | | | |
| Brookfield place | Yes | Yes | This is insane - feels like being penalized for reverse commute- discrimination against those making extra effort and payments | | | | |
| 345 S End Ave NYC, NY 10280 | Yes | Yes | I would not like congestion pricing to come and go from my home. | | | | |
| 2 River Terrace, New York, ny 10282 | Yes | Yes | I am massively against congestion pricing,  it's a huge tax on residents of the area. | | | | |
| 200 Rector Place | Yes | Yes | This is Fascist | | | | |
| 2 River Terrace | Yes | Yes | No | | | | |
| 2 River terrace, NYC | Yes | Yes | This is critically inequitable. As BPC residents we already bear additional costs of living in the city. Congestion pricing is further discrimination. | humayun.tai@gmail.com | | | |
| One west st | Yes | No | No | avni.mehta11@gmail.com | | | |
| 70 Greenwich | Yes | No | We should not be penalized for where we live.   We actually reduce congestion as we use our car to leave the city. | kdiobilda@gmail.com | | | |
| NA | Yes | Yes | I don't believe Residents/owners who need to commute to work outside of the city should be penalized if they stay on the FDR or West Side Highway up until their home exit. | darianserena@gmail.com | | | |
| NA | Yes | No | We sometimes rent cars. I'm very much in favor of the congestion charge and given our geography it seems fairer to treat BPC residents as people living within the congestion zone rather than outside it | emmadaly.ny@gmail.com | | | |
| 300 North End Ave | Yes | Yes | No | rebecca.s.thomas@gmail.com | | | |
| NA | Yes | Yes | We are already burdened by very high taxes, land lease etc. This will make living in BPC unviable | kulin.shah@gmail.com | | | |
| | | | | | | | |
| No garage at the moment | Yes | Yes | With street parking spots constantly being eliminated or taken by people abusing the placard system and by legitimate placard parking, we will already be forced to get a garage for a significant monthly increase | jamescgomez2@gmail.com | | | |
| 2 River Terrace, New York, NY 10282 | Yes | Yes | Requiring a toll to drive home is ridiculous | philkim72@gmail.com | | | |
| 2 river terrace | Yes | Yes | No | pwfvangaal@gmail.com | | | |
| 345 South End Avenue | Yes | Yes | As Nyc residents we already pay very high taxes, another expense as congestion pricing is unfair to us. | misra.anshoo@gmail.com | | | |
| 345 south end ave, New York, ny, 10280 | Yes | Yes | - | alok.m@outlook.com | | | |
| | | | | | | | |
| 200 Rector Place | Yes | Yes | I use a long term rental car frequently to take elderly family members to doctors for 911 related treatment | barbaraireland0@gmail.com | | | |
| 333 Rector Place | Yes | Yes | BPC residents already pay a high share of taxes and this will make living in nyc even more unaffordable. Our neighborhood is already isolated and we have to cross over or use WSH to leave our neighborhood, which shouldn't incur tolls that would impact us more than any other Manhattan residents. There is already a precedent for Staten Island residents to be exempt from Verrazano Narrows tolls. We should be given a similar exemption or even discount from the congestion pricing. | jbixenman@gmail.com | | | |

| | | | | | |
|---|---|---|---|---|---|
| 211 North End Ave | Yes | Yes | Should be exempt | dancohen5@gmail.com | |
| Murray/ River Terrace | Yes | Yes | congestion tolls in Battery Park City For residents is very unfair and should not be implemented | annewong628@gmail.com | |
| 70 Greenwich Street | Yes | Yes | Please support the residents who own and already pay so much for the city well being so we can get an exemption | mahera.tapia@gmail.com | |
| 1 west or 17 Battery Place | Yes | Yes | Congestion pricing should be for people outside of the 5 boroughs, NOT residents. | jolson@blueschool.org | |
| 200 Chambers Street | Yes | Yes | Al residents of the so-called central business district should be exempt from this additional tax. | fraleyfraley@gmail.com | |
| Battery Park Garage, 70 Greenwich Street | Yes | Yes | No | shipra.kaicker@gmail.com | |
| 2 River Ter | Yes | Yes | Any approach that treats people at 200 Chambers and 400 Chambers differently feels arbitrary and unfair | athayes@gmail.com | |
| 2 River terrace | Yes | No | Not without understand the plan better! | blythe.adler@gmail.com | |
| NA | Yes | Not currently, but we plan | I am worried about the increase in traffic and how this will affect our area and the safety of our children. | martina.c.doherty@gmail.com | |
| 121 Reade Street | Yes | No | I answered the survey out of real concern that additional traffic driven to the west side highway will be a massive inconvenienced but also dangerous for our families. We cross the west side highway into battery park on an almost daily basis. For downtown little league practice and games, to access our beautiful parks, to check out the restaurants and to play in the downtown soccer league. I say this to mean that my children- on their balance bikes and scooters- do this. More traffic will mean more dangerous drivers. Trying to cut across on red. More drivers trying to take left turns through pedestrians. More smog. More honking. But, almost assuredly, more accidents. The children-accessible nature of this area is what drew most of us to it. I would hate to see that negatively impacted bc of a lack of consideration for what the real impacts of this decision will be on the residents of BPC and Tribeca not just financially, but in terms of quality of life. | lindseyerinsharpe@gmail.com | |
| william street | Yes | Yes | no | kait101185@gmail.com | |
| 70 Little West St New York, NY 10004 | Yes | Yes | BPC is a neighborhood with many children who need to ride in cars to attend school and go out of the neighborhood. | nataliema33@gmail.com | |
| 70 Greenwich St, New York, NY 10006 | Yes | Yes | No | iker.huerga@gmail.com | |
| 200 north end | Yes | Yes | This isn't an issue specific to bpc. We are former residents and still have our car parked there. Initiative should include all reaidents | philipcyang@gmail.com | |
| 2 River Terrace, New York, NY 10282 | Yes | Definately adds to the alre | BPC residents should be exempted from the congestion pricing or have a significant discount since we are the victim of the congestion pricing while we do not create the congestion.  The congestion is caused by the non residents. We should not be paying for them.  The visitors need to pay for all the costs themselves. | me@jayzhan.com | |
| 219 Albany Street | Yes | Yes | BPC already carries the onus of Ground Lease payments to Albany; this would be an additional tax we'd have to shoulder. | jaime.delia@gmail.com | |
| 70 battery place garage | Yes | Yes | We have an infant son and an elder dog. Parking our car elsewhere will not be a viable option for our family. We bought our apartment in BPC hoping to raise our family here. Residents should be able to park without additional fees. | nicolesufian7@gmail.com | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 70 Little West | Yes | Yes | We transport our very young children to school. Without accessible options on the west side there is no public transportation option to do this. | sujanamovva@gmail.com | | | |
| 70 battery place | Yes | Yes | CB1 and city council should be involved too. City tax rebate would help | ethan.sufian@gmail.com | | | |
| 200 N End Ave | Yes | For our nanny | This plan seems ill thought out and the consequences are way greater than are being predicted. | senta.kreger@gmail.com | | | |
| 50 west street | Yes | Depends what the toll $ is | No | carly.s.ferreira@gmail.com | | | |
| 325 north end ave | Yes | Yes | This tax will essentially double our monthly cost to have a car and it will deter people from renting or buying in this wonderful neighborhood | rlstone24@gmail.com | | | |
| NA | Yes | No | Residents of Battery Park City should be equal to the residents of the rest of the CBD. I don't live in BPC, but the form requires I check Rent or Own so I checked Own in order to submit my opinion. | yuloolootoo@yahoo.com | | | |
| Harrison St | Yes | Yes | Families who live here have to get their families around town to activities as they do in the rest of the country, we should not pay a penalty for those commuting in when we already pay a premium in taxes to live here. | easjohnson@gmail.com | | | |
| 2 River Terrace | Yes | Yes | no | jlancian@gmail.com | | | |
| Battery Parking Garage, on the east side of the west side highway, across the west side highway from where I live. | Yes | No | We use the subway/bus for commutes in Manhattan. We keep and use our car primarily for out-to-town trips on weekends. We park in a garage that is on the east side of the west side highway, so it would cost us $23 to take our car out of the garage and drive 2 minutes to our building to load when we leave the city (generally via west side highway to Holland Tunnel).  Then when we return to the city we'd have to pay another $23 to exit West Side Highway to unload our car, then drive back to our garage. So we'd need to pay $46 to leave the city for the weekend. This doesn't seem right. I am happy to the pay congestion charge if I decide to drive my car into midtown (which I never do because the subway is faster!), but not to drive for a few minutes in my own neighborhood. This is insane. | mariam1zny@gmail.com | | | |
| 2 river terrace | Yes | Yes | No | shanbomulvi@gmail.com | | | |
| 2 River Terrace New York NY 10282 | Yes | Yes | We have a small family which requires very frequent car rides to various kids activities and this congestion pricing is unreasonable | suneja.yatin@gmail.com | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 70 Greenwich St, New York, NY 10006 but use entrance on Morris Street | Yes | Yes | Residents in the "business district" who park their car monthly in a garage in the business district and do not utilize their car to drive within the city regularly should be exempt. Even more so for those who's garage and apartment building are just off the West Side Highway. We live at 21 West and park in the Battery Garage utilizing the Morris Street entrance. We enter and exit the west side highway from morris to leave the city. We do not drive within the city and therefore are not causing congestion. We need our car to be able to leave the city on weekends and for holidays with 2 kids and a dog. This toll would cause us to potentially get rid of our car, causing a hardship and the tax would be far too high for us to pay on a regular basis.<br><br>In addition, the congestion that this will cause on the West Side Highway, which is already difficult to navigate as well as the Battery and Brooklyn tunnels would be impossible. It already takes an hour to go from lower to upper manhattan during rush hour. This would create a parking lot on the West Side Highway and make crossing the streets with small children even more difficult at the tunnel and on the west side highway over to battery park city.<br><br>Finally, I am curious as to how people will be charged to enter the tunnels or bridges where one must exit the highway and drive into the city. There has been no explanation around that. | musano.l@gmail.com | | | |
| Morris St | Yes | Yes | None | pks.ref@gmail.com | | | |
| 211 Murray street | Yes | Yes | None | liliastroker@gmail.com | | | |
| 70 Greenwich St, New York, NY 10006 | Yes | Yes | No | lucia.grico@gmail.com | | | |
| Vesey Street | Yes | Yes | This is an atrocious idea. This is insane. | jeffreyallanrich@gmail.com | | | |
| None | Yes | Yes | There is already a financial burden from living in NYC as well as a burden for those who commute here for employment. This is an unfair additional tax. | jennsemendoff@gmail.com | | | |
| 56 Murray Street, New York, NY 10007 | Yes | Yes | I am physically disabled due to a joint disorder and long Covid. I have been on crutches since February 2022 with limited mobility and require a car to go to and from daily doctors/ physical therapy appointments. The cost of these services plus the cost of transportation is already very high; these additional charges would cost our family hundreds of dollars a week for me to just attend medical appointments. Please stop these additional congestion fares from being imposed on residents of Battery Park City! | victoria.sowa@gmail.com | | | |
| 2 River Terrace , Apt 10H, New York NY 10282 | Yes | Yes | We use car for for daily living | ratikavermaa@gmail.com | | | |
| 50 battery place Ny ny 10280 | Yes | Yes | The proposed toll price is egregious !! We can't afford to pay a toll to come and go from our neighborhood | staceala@gmail.com | | | |
| Parking garage at Tribeca Green at 210 Warren | Yes | Yes | Thanks for organizing! | lbordoloi@gmail.com | | | |
| 2 River Terrace | Yes | It will disincentivize having | I fully support congestion pricing in NYC, but this seems particularly punitive to those already paying NYC taxes | meredith.marbach@gmail.com | | | |
| 250 Vesey Street | Yes | No | I am concerned about the impact of increased congestion in and around BPC and specifically the impact on our children and their health. | nadineshahbaz@gmail.com | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Battery Tunnel Garage | Yes | Yes | We live just East of the Westside highway and will be tolled entering, remaining and leaving our home.  My children attend public school at 276 and will be subjected to further air quality issues as a result of this plan, as will the adults in the neighborhood.  Please do not move forward with this careless plan. | cjwtgg@gmail.com | | |
| N/A | Yes | Yes | We are concerned about the increased traffic around our neighborhood and the safety of our children | mark.barth@gmail.com | | |
| None | Yes | Yes | No | kellyhcahn@gmail.com | | |
| May own a car and garage in the future | Yes | Yes | Congestion pricing will affect all of the residents whether we own a car or not.  We don't have a subway and in an emergency , we do have to take taxis and zip cars which will be expensive. | jayanthi.chilluvuri@gmail.com | | |
| 2 River Terr, | Yes | Yes | This will greatly take a toll on residents of bpc | nasimroberge@gmail.com | | |
| 400 Warren Street | Yes | Parking is already very ex | We are worried about the traffic this morning will add and the danger it will create for our children and families. | cathyanndavid@gmail.com | | |
| 2 River Terrace | Yes | Yes | We have lived in Battery Park for 14 years now and the prices keep going up with the taxes. We can't keep having more added just because we live in this are of Manhattan. | karinarsteiner@gmail.com | | |
| 2 river terrace | Yes | Yes | Congestion pricing should not apply to NYC residents who must commute on a regular basis for work and family obligations. It is regarding as a penalty to live in and around our neighborhood. | fedsteiner123@gmail.com | As a surgeon who must report to the hospital at all hours of the day or night, congestion pricing will only penalize me for perfoming my profession during urgent and emergent situations. | |
| 200 rector st | Yes | Yes | We got rid of our car in Nov however plan on getting a car again and parking in the same garage | ptabora@gmail.com | | |
| 225 rector street | Yes | Yes | There will be financial hardship and environmental impact on the residents | veronicab@gmail.com | | |
| 70 Greenwich street | Yes | Yes | I have a 14 month old daughter and the only way to get her to and from doctors appointments is by driving. It would be extremely challenging for our family to pay a traffic fee every time we need to check on her health! | darbysaxena@gmail.com | | |
| n/a | No | No | I am deeply concerned about the health issues that may arise from this. | ampappalardo1@gmail.com | | |
| Harrison street | Yes | Yes | No | andreadattoma@gmail.com | | |
| 70 Greenwich Street | Yes | Yes | A solution here would be to create a stickered windshield exemption for car owners who own or rent in Battery Park City. | john.zaro@gmail.com | | |