UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH CHAN, *et al.*,

        Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

        Defendants.

Case No. 23-cv-10365-LJL
[rel. 1:24-cv-01644-LJL]
[rel. 1:24-cv-000367-LJL]

## DECLARATION OF WINNIE CHEUNG

I, Winnie Cheung, declare under penalty of perjury that the following statements are true and correct:

1. My name is Winnie Cheung, and I am a resident of Battery Park City.

2. I live with my two young daughters (5 and 8 years old), both of whom attend gifted and talented school PS 124 on 40 Division Street in Chinatown, which is located within an Environmental Justice community. No other gifted and talented school is available within in Battery Park City.

3. In addition to driving my children to and from school daily, I spend a significant amount of time in Chinatown. My children attend all of their extracurricular activities in Chinatown, such as music classes, Taekwondo, and Chinese lessons. Many of my daily activities occur in Chinatown, such as grocery shopping and doctors' appointments. I also have many family members and friends who live in Chinatown. When I do anything socially, it is frequently in Chinatown. I am concerned that Congestion Pricing and its financial and environmental impact on the community will significantly impact my daily activities in

Chinatown.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2024
      New York, New York

*Winnie Cheung*
Winnie Cheung