UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH CHAN, *et al.*,

               *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

               *Defendants*.

No. 1:23-CV-10365-LJL

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Kate Harris, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority in the above-captioned action. I am in good standing of the District of Columbia bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court. I was administratively suspended by the DC Bar on October 3, 2023, based upon a failure to pay license fees, and reinstated on October 24, 2023. This was not a disciplinary suspension. I have attached the affidavit pursuant to Local Rule 1.3

Dated: April 25, 2024

/s/ Kate Harris
Kate Harris
KAPLAN HECKER & FINK LLP
1050 K Street, NW Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
kharris@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*