UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH CHAN, *et al.*,

                *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

                *Defendants*.

No. 1:23-CV-10365-LJL

---

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Kate Harris, hereby depose and state as follows under penalty of perjury:

1. I am an attorney at Kaplan Hecker & Fink LLP.

2. I submit this Affidavit in support of my Motion to Appear Pro Hac Vice in this case.

3. I am in good standing in the bar of the District of Columbia. Certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court. I was administratively suspended by the DC Bar on October 3, 2023, based upon a failure to pay license fees, and reinstated on October 24, 2023. This was not a disciplinary suspension.

6. There are no disciplinary proceedings presently against me.

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 24, 2024

     NOTARIZED

_Kate Harris_ (signature)
Kate Harris

Subscribed and affirmed before me in the county of LARIMER, State of Colorado, this 24 day of April, 2024.

_Sarah Lynn Meyers_
(Notary's official signature)

November 29, 2025
(Commission Expiration)

SARAH LYNN MEYERS
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20214046316
MY COMMISSION EXPIRES NOV 29, 2025