**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

April 26, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y.) (LJL); *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.) (LJL); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL)

Dear Judge Liman:

        On behalf of defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA"), we write to let the Court know that earlier today, the MTA announced that the Central Business District Tolling Program will take effect beginning June 30, 2024. *See* https://new.mta.info/press-release/mta-launch-first-nation-effort-deliver-cleaner-air-less-traffic-and-better-transit. While that is the planned date, the program cannot commence until the Federal Highway Administration completes its reevaluation of the adopted toll structure and executes an agreement authorizing tolling under the Value Pricing Pilot Program.

                                              Respectfully submitted,

                                              Roberta A. Kaplan