```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
```
```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
                                                         DOC #:_____
                                                         DATE FILED:  5/10/2024
```

MICHAEL MULGREW, as President of the UNITED
FEDERATION OF TEACHERS, Local 2, American
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,
individually and in his capacity as Staten Island Borough
President, PAUL CAMINITI, TROY McGHIE,
MARTHA MAZIER, CARLY BIANCHINI, HANNAH
CHOI, FRANK GARCIA, LINDSEY LAMPF,

        24-cv-1644 (LJL)
        24-cv-367 (LJL)
        23-cv-10365 (LJL)

        ORDER

        Plaintiffs,

    -v-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, FEDERAL HIGHWAY
ADMINISTRATION, SHAILEN BHATT, in his official
capacity as Administrator of the Federal Highway
Administration, RICHARD J. MARQUIS, in his official
capacity as Division Administrator of the New York
Division of the Federal Highway Administration, the
METROPOLITAN TRANSIT AUTHORITY, the
TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY, the NEW YORK STATE
DEPARTMENT OF TRANSPORTATION, the NEW
YORK CITY DEPARTMENT OF TRANSPORTATION

        Defendants.
-------------------------------------------------------------------

NEW YORKERS AGAINST CONGESTION
PRICING TAX, DANNY BUZZETTA, DR. GREGOR
WINKEL, LEE BERMAN, MEREDITH LeVANDE,
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN
FREED, TREVER HOLLAND, RICKY YANG, PAUL
ENG, BARUCH WEISS, ROBERT FRIEDRICH,
KEVIN FORRESTAL, WARREN SCHREIBER,
CHRISTOPHER RYAN, BEN MASON, DENNIS
ROSARIO, RABBI Y.S. GINZBERG, JACOB
ENGLANDER, AARON GONZALEZ, HOWARD
CHIN, ELAINE LA PENNA, THOMAS ANTHONY
SCARPACI, COUNCILMEMBER JOSEPH C.
BORELLI, COUNCILMEMBER KRISTY
MARMORATO, COUNCILMEMBER VICKIE
PALADINO, COUNCILMEMBER JOANN ARIOLA,

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, | : |
| COUNCILMEMBER KALMAN YEGER, | : |
| COUNCILMEMBER INNA VERNIKOV, | : |
| COUNCILMEMBER DAVID CARR, | : |
| COUNCILMEMBER ROBERT F. HOLDEN, and | : |
| ASSEMBLYMEMBER DAVID WEPRIN, individually | : |
| and on behalf of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, | : |
| METROPOLITAN TRANSPORTATION AUTHORITY, | : |
| TRIBOROUGH BRIDGE AND TUNNEL | : |
| AUTHORITY, NEW YORK STATE DEPARTMENT | : |
| OF TRANSPORTATION, NEW YORK CITY | : |
| DEPARTMENT OF TRANSPORTATION and | : |
| TRAFFIC MOBILITY REVIEW BOARD, | : |
| | : |
| Defendants. | : |
| ---------------------------------------------------------------------X | |
| | : |
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES | : |
| 1 through 200, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, LISA | : |
| GARCIA, in her official capacity, STEPHEN | : |
| GOODMAN, in his official capacity, ALLISON L.C. DE | : |
| CERRENO Ph.D., in her official capacity, NICHOLAS | : |
| A. CHOUBAH, P.E., in his official capacity, WILLIAM | : |

J. CARRY, in his official capacity, and DOES 1 through : 
10.                                                                                            :
                                                                                               :
                                    Defendants.                                  :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The May 17, 2024 oral argument in the above-captioned cases shall proceed according to the following schedule:

- From 9:00 A.M. to 1:00 P.M., the Court will hear oral argument from the Plaintiffs and Defendants (except for Stephanie Winkelhake) in *Chan*, 23-cv-10365, regarding the motions at 23-cv-10365, Dkt. Nos. 54, 64 and 67.  There will be a 15-minute break at approximately 10:30 A.M.

- From 2:00 P.M. to 4:00 P.M., the Court will hear oral argument from the Plaintiffs and Defendants (except for the New York State Department of Transportation) in *New Yorkers*, 24-cv-367, and *Mulgrew*, 24-cv-1644, regarding the motions at 24-cv-367, Dkt. Nos. 57 and 62, and 24-cv-1644, Dkt. Nos. 47 and 52.

- From 4:10 P.M. to 5:10 P.M., the Court will hear oral argument from the Plaintiffs in *Chan*, 23-cv-10365, *New Yorkers*, 24-cv-367, and *Mulgrew*, 24-cv-1644, and Defendants Stephanie Winkelhake and the New York State Department of Transportation regarding the motions at 23-cv-10365, Dkt. No. 61, 24-cv-367, Dkt. No. 59, and 24-cv-1644, Dkt. Nos. 49 and 63.

Within each of these periods, time shall be evenly divided between the relevant Plaintiffs, on the one hand, and the relevant Defendants, on the other.  The Court will not hear oral argument from *amici*.

SO ORDERED.

Dated: May 10, 2024  
      New York, New York  
                                                   LEWIS J. LIMAN  
                                             United States District Judge