AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ELIZABETH CHAN, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-10365-LJL |
| U.S. DEPARTMENT OF TRANSPORTATION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 05/16/2024

/s/ David Kahne
*Attorney's signature*

David Kahne, 4595427
*Printed name and bar number*

STEPTOE LLP
1114 6th Ave,
New York, NY 10036

*Address*

dkahne@steptoe.com
*E-mail address*

(212) 506-3900
*Telephone number*

*FAX number*