**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

June 5, 2024

**VIA CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (LJL); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (LJL); *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (LJL); *Trucking Ass'n of N.Y. v. Metro. Transp. Auth.*, No. 24 Civ. 4111 (LJL)

Dear Judge Liman:

      We write on behalf of the Metropolitan Transportation Authority ("MTA") in the above-captioned cases to inform the Court that Governor Hochul has directed the MTA to pause implementation of the Manhattan Central Business District Congestion Pricing Program (the "Program") under state law. As a result, at this time, we no longer anticipate implementation of the Program on the prior expected implementation date of June 30, 2024. We will keep the Court apprised of any further information as it develops. Of course, we also would be happy to answer any questions that the Court may have.

Respectfully submitted,

*/s/ Roberta A. Kaplan*

Roberta A. Kaplan

cc: Mark A. Chertok and Elizabeth Knauer