

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Nathan Taylor**
Environmental Law Division
(212) 356-2315
FAX: (212) 356-2069
ntaylor@law.nyc.gov

June 17, 2024

VIA CM/ECF

The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York, NY 10007-1312

Re:   Chan v. U.S. Department of Transportation, No. 1:23-cv-10365-LJL
      Mulgrew v. U.S. Department of Transportation, No. 1:24-cv-01644-LJL
      New Yorkers Against Congestion Pricing Tax v. U.S. Department of Transportation, No.
      1:24-cv-00367-LJL

Dear Judge Liman:

Our office represents defendants New York City Department of Transportation, and William J. Carry in his official capacity (collectively, "NYCDOT"), in the above-referenced matters. We write to state that the NYCDOT joins in the letter filed June 11, 2024 in those three actions by the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. Chan ECF No. 93; Mulgrew ECF No. 80; New Yorkers Against ECF No. 87.

Sincerely yours,

Nathan Taylor

cc:  All counsel of record (by CM/ECF)