```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MICHAEL MULGREW, as President of the UNITED :
FEDERATION OF TEACHERS, Local 2, American :
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA, :
individually and in his capacity as Staten Island Borough :   24-cv-1644 (LJL)
President, PAUL CAMINITI, TROY McGHIE, :   24-cv-367 (LJL)
MARTHA MAZIER, CARLY BIANCHINI, HANNAH :   23-cv-10365 (LJL)
CHOI, FRANK GARCIA, LINDSEY LAMPF, :
:   ORDER
                    Plaintiffs, :
     -v- :
:
UNITED STATES DEPARTMENT OF :
TRANSPORTATION, FEDERAL HIGHWAY :
ADMINISTRATION, SHAILEN BHATT, in his official :
capacity as Administrator of the Federal Highway :
Administration, RICHARD J. MARQUIS, in his official :
capacity as Division Administrator of the New York :
Division of the Federal Highway Administration, the :
METROPOLITAN TRANSIT AUTHORITY, the :
TRIBOROUGH BRIDGE AND TUNNEL :
AUTHORITY, the NEW YORK STATE :
DEPARTMENT OF TRANSPORTATION, the NEW :
YORK CITY DEPARTMENT OF TRANSPORTATION :
:
                    Defendants. :
-------------------------------------------------------------------- :
:
NEW YORKERS AGAINST CONGESTION :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR :
WINKEL, LEE BERMAN, MEREDITH LeVANDE, :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN :
FREED, TREVER HOLLAND, RICKY YANG, PAUL :
ENG, BARUCH WEISS, ROBERT FRIEDRICH, :
KEVIN FORRESTAL, WARREN SCHREIBER, :
CHRISTOPHER RYAN, BEN MASON, DENNIS :
ROSARIO, RABBI Y.S. GINZBERG, JACOB :
ENGLANDER, AARON GONZALEZ, HOWARD :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY :
SCARPACI, COUNCILMEMBER JOSEPH C. :
BORELLI, COUNCILMEMBER KRISTY :
MARMORATO, COUNCILMEMBER VICKIE :
PALADINO, COUNCILMEMBER JOANN ARIOLA, :

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, | : |
| COUNCILMEMBER KALMAN YEGER, | : |
| COUNCILMEMBER INNA VERNIKOV, | : |
| COUNCILMEMBER DAVID CARR, | : |
| COUNCILMEMBER ROBERT F. HOLDEN, and | : |
| ASSEMBLYMEMBER DAVID WEPRIN, individually | : |
| and on behalf of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, | : |
| METROPOLITAN TRANSPORTATION AUTHORITY, | : |
| TRIBOROUGH BRIDGE AND TUNNEL | : |
| AUTHORITY, NEW YORK STATE DEPARTMENT | : |
| OF TRANSPORTATION, NEW YORK CITY | : |
| DEPARTMENT OF TRANSPORTATION and | : |
| TRAFFIC MOBILITY REVIEW BOARD, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------X

| | |
|---|---|
| | : |
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES | : |
| 1 through 200, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, LISA | : |
| GARCIA, in her official capacity, STEPHEN | : |
| GOODMAN, in his official capacity, ALLISON L.C. DE | : |
| CERRENO Ph.D., in her official capacity, NICHOLAS | : |
| A. CHOUBAH, P.E., in his official capacity, WILLIAM | : |

```
J. CARRY, in his official capacity, and DOES 1 through   :
10.                                                       :
                                                          :
                        Defendants.                       :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The parties shall confer and file a proposed schedule by June 27, 2024 for supplemental briefing on how the FHWA's June 14, 2024 reevaluation affects the pending motions regarding Count Two in each of the above-captioned cases. The proposed schedule shall include the compilation and circulation of a supplemental appendix with the reevaluation and accompanying appendices.

      SO ORDERED.

Dated: June 18, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge