# SIVE | PAGET | RIESEL

**JACK NELSON**
DIRECT DIAL: 646.378.7257
JNELSON@SPRLAW.COM

June 28, 2024

**VIA ECF**

Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y.) (LJL); *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.) (LJL); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL)**

Dear Judge Liman,

In our letter filed yesterday, the MTA/TBTA Defendants referred to the TBTA Board's June 26, 2024, resolution related to the Central Business District Tolling Program but inadvertently neglected to attach that resolution. It is attached here, along with the staff summary presented at the board meeting.

Respectfully submitted,

*/s/ John F. Nelson*
Elizabeth Knauer
Mark A. Chertok
John F. Nelson
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(646) 378-7272 / (646) 378-7228
eknauer@sprlaw.com
mchertok@sprlaw.com
jnelson@sprlaw.com

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
Gabrielle E. Tenzer
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor

Judge Lewis J. Liman
June 28, 2024
Page 2 of 2

New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com

Joshua A. Matz
Kate Harris (admitted *pro hac vice*)
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
jmatz@kaplanhecker.com
kharris@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and the Traffic Mobility Review Board*