UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELIZABETH CHAN, *et al.*,  :
 :
                Plaintiffs,  :
 :
          v.  : No. 1:23-cv-10365-LJL
 :
UNITED STATES DEPARTMENT OF  :
TRANSPORTATION, *et al.*,  :
 :
                Defendants.  :
------------------------------------------------------------------------ x

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO ANSWER

The parties to this action hereby stipulate that the date for defendant Stephanie Winkelhake to answer the amended complaint in this matter [ECF No. 34] is extended from the current date of July 5, 2024 to August 30, 2024.

Dated: July 3, 2024

STEPTOE LLC

By: *Alan M. Klinger* /AGF by permission
Alan M. Klinger
Dina Kolker
David Kahne
1114 Avenue of the Americas
New York, New York  10036
(212) 506-3900
aklinger@steptoe.com

*Counsel for Plaintiffs*

Dated: July 3, 2024

DAMIAN WILLIAMS
United States Attorney

By: *Zachary Bannon /AGF by permission*
Zachary Bannon
Dominika Tarczynska
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York  10007
(212) 637-2728
Zachary.Bannon@usdoj.gov

*Counsel for the Federal Defendants*

Dated: July 3, 2024

SIVE, PAGET & RIESEL. P.C

By: *Elizabeth Knauer /AGF by permission*
Mark A. Chertok
Elizabeth Knauer
John F. Nelson
560 Lexington Avenue, 15th Floor
New York, New York  10022
(212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com

*Counsel for Defendants Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

Dated: July 3, 2024

LETITIA JAMES
Attorney General of the State of New York

By: /s/ AG. RL

Andrew G. Frank
Assistant Attorney General
N.Y.S. Attorney General's Office
28 Liberty Street
New York, New York 10005
(212) 416-8271
andrew.frank@ag.ny.gov

*Counsel for Defendant Stephanie Winkelhake*

Dated: July 3, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York

By: /s/ Nathan Taylor / AGF by permission

Nathan Taylor
Senior Counsel
Environmental Law Division
New York City Law Department
100 Church Street
New York, New York 10007-2601
(212) 356-2315
ntaylor@law.nyc.gov

*Counsel for Defendant William J. Carry*

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated:_____

3