UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, RACHEL EHRENPREIS, CHAIM KATZ, WINNIE CHEUNG, MEIR EHRENPREIS, JOHN BAILEY, SEAN CARNEY, LUIS DIAZ AND FAMILIES FOR A BETTER PLAN FOR CONGESTION,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, THE METROPOLITAN TRANSPORATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, STEPHANIE WINKELHAKE, P.E. in her official capacity as Chief Engineer of the New York State Department of Transportation, WILLIAM J. CARRY in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation,<br><br>                  Defendants. | Case No. 23-cv-10365-LJL<br>[rel. 1:24-cv-01644-LJL]<br>[rel. 1:23-cv-10365-LJL]<br><br><br><br><br><br>**NOTICE OF MOTION** |

      **PLEASE TAKE NOTICE** that upon the Declaration of Alan Klinger dated July 26, 2024, and the exhibits annexed thereto, the Memorandum of Law dated July 26, 2024, and upon all prior pleading and proceedings herein, Plaintiffs will move this Court before the Honorable Louis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, for an order pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 15(a)(2), granting Plaintiffs' motion for leave to file a Second Amended Complaint, and for such other and further relief as this Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that per the parties' proposed schedule, submitted to the Court by joint letter today (Dkt. 105), opposition to the motion, if any, is due no later than August 30, 2024; and reply, if any, is due no later than September 23, 2024, unless otherwise agreed to by the parties or ordered by the Court.

Dated: July 26, 2024
New York, New York

**STEPTOE LLP**

By:   */s/ Alan M. Klinger*
Alan M. Klinger
Dina Kolker
David Kahne
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
aklinger@steptoe.com

*Counsel for Plaintiffs*