UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, TAMARA HOFFMAN, RACHEL EHRENPREIS, CHAIM KATZ, WINNIE CHEUNG, MEIR EHRENPREIS, JOHN BAILEY, SEAN CARNEY, LUIS DIAZ AND FAMILIES FOR A BETTER PLAN FOR CONGESTION,<br><br>       Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, THE METROPOLITAN TRANSPORATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, STEPHANIE WINKELHAKE, P.E. in her official capacity as Chief Engineer of the New York State Department of Transportation, WILLIAM J. CARRY in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation,<br><br>       Defendants. | Case No. 23-cv-10365-LJL<br>[rel. 1:24-cv-01644-LJL]<br>[rel. 1:23-cv-10365-LJL] |

## DECLARATION OF ALAN KLINGER

**Alan M. Klinger,** an attorney duly admitted to practice before this Court, hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am counsel for Plaintiffs in this action, and I am familiar with the pleadings and proceedings in this action.

2. I submit this Declaration in support of Plaintiffs' motion for leave to file a Second Amended Complaint.

3. Annexed hereto as Exhibit "A" is the Proposed Second Amended Complaint.

4. Annexed hereto as Exhibit "B" is a redlined version of the Proposed Second Amended Complaint, reflecting the proposed revisions to the First Amended Complaint.

Dated: July 26, 2024
New York, New York

**STEPTOE LLP**

By: */s/ Alan M. Klinger*
Alan M. Klinger
Dina Kolker
David Kahne
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
aklinger@steptoe.com

*Counsel for Plaintiffs*