## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> *Defendants*. | No. 1:23-cv-10365 (LJL) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants The Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: August 8, 2024
      New York, New York

Respectfully submitted,

/s/ D. Brandon Trice
D. Brandon Trice
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
Tel.: (212) 316-9500
btrice@kaplanmartin.com

*Counsel for Defendants The Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*