UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH CHAN, *et al.*,

        *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

        *Defendants*.

Case No. 1:23-cv-10365 (LJL)
Case No. 1:24-cv-01644 (LJL)
Case No. 1:24-cv-00367 (LJL)
Case No. 1:24-cv-04111 (LJL)

MICHAEL MULGREW, *et al.*,

        *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

        *Defendants*.

NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,

        *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

        *Defendants*.

TRUCKING ASSOCIATION OF NEW YORK,

                            *Plaintiff*,

       v.

METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,

                            *Defendants*.

## STIPULATION AND ORDER

Upon the request of Plaintiffs in *Chan v. United States Department of Transportation,* No. 23 Civ. 10365 (S.D.N.Y.) (LJL) ("*Chan*"), *Mulgrew v. United States Department of Transportation*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL) ("*Mulgrew*"), and *Trucking Association of New York v. Metropolitan Transportation Authority*, No. 24 Civ. 4111 (S.D.N.Y.) (LJL) ("*Trucking*"), the relevant parties in the above-captioned actions hereby stipulate that the date for Plaintiffs' oppositions to the motions to dismiss the constitutional claims, *see Chan*, ECF 115, 117; *Mulgrew*, ECF 102, 104; *New Yorkers Against Congestion Pricing Tax v. United States Department of Transportation*, No. 24 Civ. 367 (S.D.N.Y.) (LJL), ECF 105; *Trucking*, ECF 60, 62, is extended from the current date of October 15, 2024 to on or before November 15, 2024, and the deadline for Defendants' and Intervenor's replies in further support of their motions is extended from the current date of October 22, 2024 to on or before December 23, 2024.

1

Dated: October 10, 2024                STEPTOE LLC

By: /s/ *Alan M. Klinger*
    Alan M. Klinger
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 506-3900
    aklinger@steptoe.com

*Counsel for Plaintiffs in Chan and Mulgrew*

Dated: October 10, 2024                THE LAW OFFICE OF JACK L. LESTER, ESQ.

By: _____
    Jack Lester
    41 Squaw Road
    East Hampton, NY 11937
    631-604-2228
    jllcomlaw@aol.com

*Counsel for Plaintiffs in New Yorkers*

Dated: October 10, 2024                MONACO, COOPER, LAMME & CARR PLLC

By: /s/ *Jonathan E. Hansen*
    Jonathan E. Hansen
    1881 Western Avenue, Suite 200
    Albany, New York 12203
    jhansen@mclclaw.com

*Counsel for Plaintiffs in Trucking*

2

Dated: October 10, 2024                    HECKER FINK LLP


                                           By: /s/ Joshua A. Matz
                                               Joshua A. Matz
                                               Hecker Fink LLP
                                               1050 K Street NW, Suite 1040
                                               Washington DC, 20001
                                               (212) 763-0883
                                               jmatz@heckerfink.com

                                           *Counsel for Defendants the*
                                           *Metropolitan Transportation Authority,*
                                           *the Triborough Bridge and Tunnel Authority,*
                                           *and the Traffic Mobility Review Board*


Dated: October 10, 2024                    LETITIA JAMES
                                           Attorney General of the State of New York


                                           By: /s/ Andrew G. Frank
                                               Andrew G. Frank
                                               Assistant Attorney General
                                               N.Y.S. Attorney General's Office
                                               28 Liberty Street
                                               New York, New York 10005
                                               (212) 416-8271
                                               andrew.frank@ag.ny.gov

                                           *Counsel for Defendant Stephanie Winkelhake,*
                                           *P.E., in her official capacity as Chief Engineer*
                                           *of the New York State Department of*
                                           *Transportation, and for Intervenor Attorney*
                                           *General Letitia James*

3

Dated: October 10, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York

By: */s/ Nathan Taylor*
    Nathan Taylor
    Senior Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2315
    ntaylor@law.nyc.gov

*Counsel for Defendants the New York City Department of Transportation and William J. Carry in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation*

SO ORDERED:

[signature]

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2024

4