USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | 23-cv-10365 (LJL) <br> 24-cv-01644 (LJL) <br> 24-cv-00367 (LJL) <br> 24-cv-04111 (LJL) <br><br> <u>ORDER</u> |
| MICHAEL MULGREW, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | |
| TRUCKING ASSOCIATION OF NEW YORK, <br><br> Plaintiff, <br><br> -v- <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, e*t al.*, <br><br> Defendants. | |

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference in the above-captioned cases on November 21, 2024, at 12:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The Court has set the schedule for briefing on the omnibus motions to dismiss.  At the conference, the parties should be prepared to discuss any other anticipated steps in the litigation including the briefing schedule for Plaintiff Trucking Association of New York's anticipated preliminary injunction motion.

SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                           LEWIS J. LIMAN
                                           United States District Judge