**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 23 Civ. 10365 (LJL) |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 24 Civ. 367 (LJL) |
| MICHAEL MULGREW, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 24 Civ. 1644 (LJL) |

- 2 -

**THE FEDERAL DEFENDANTS' INDEX OF SUPPLEMENTAL ADMINISTRATIVE RECORD CONTENTS**

| Bates/Control # | End Bates/Control # | Pages | Primary Date | Filename |
|---|---|---|---|---|
| DOT_0047520 | DOT_0047521 | 2 | 11/21/2024 | FHWA response to the November 20 2024 CBDTP ReEval2 11212024 |
| DOT_0047522 | DOT_0047522 | 1 | 11/20/2024 | CBDTP_FinalEAreevaluation2_CvrLrd_FHWA_dft_FINAL_11-20-24 |
| DOT_0047523 | DOT_0047539 | 17 | 11/20/2024 | CBDTP_Reevaluation2_Final_11-20-24_toFHWA |
| DOT_0047540 | DOT_0047547 | 8 | 11/13/2024 | CBDTP Re-Evaluation 2 DFT v2 11-13-24 shared |
| DOT_0047548 | DOT_0047548 | 1 | 11/8/2024 | CBDTP Agency Ltr to FHWA 11-8-24 |