

November 8, 2024

Mr. Richard Marquis
Division Administrator
Federal Highway Administration New York Division
Leo W. O'Brien Federal Building
11A Clinton Avenue, Suite 719
Albany, NY 12207

Re: **Central Business District Tolling Program**

Mr. Marquis:

On behalf of the Central Business District Tolling Program Project Sponsors, we wish to engage with FHWA to add a phase-in feature to the tolling structure described in the Reevaluation approved in June 2024.

The proposed phase-in would proceed as follows:

- The base toll for automobiles would start at $9 and gradually increase up to $15 over 6 years.
- At every step of the phase-in, all elements of the toll structure would be proportional to the adopted toll structure, including toll rates for different types of vehicles (trucks, taxis/FHVs, etc.), crossing credits, and overnight discounts.
- Tolls would increase in three phases over the six years:
    - Phase One (2025, 2026 and 2027): 60% of the adopted toll structure (i.e., base auto toll of $9)
    - Phase Two (2028, 2029 and 2030): 80% of the adopted toll structure (i.e., base auto toll of $12)
    - Phase Three (2031 and beyond): 100% of the adopted toll structure (i.e., base auto toll of $15).
- Toll rates for taxis and FHVs would never be more than one-twelfth and one-sixth the auto rate, respectively, reflecting the number of average trips in the zone made by those vehicles.
- All mitigation measures would be carried out as described in the EA and the June 2024 Reevaluation.

Thank you for your attention on this matter. Sincerely, on behalf of CBDTP project partners,

Sincerely,

Stephanie Winkelhake, P.E.
Chief Engineer
New York State Department
of Transportation

Allison C. de Cerreño, Ph.D.
Chief Operating Officer
MTA Bridges and Tunnels

DOT_0047548