UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-10365 (LJL) <br><br> **NOTICE OF MOTION TO WITHDRAW APPEARANCE** |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration dated December 4, 2024, and pursuant to Local Civil Rule 1.4, Defendants Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (collectively, "Defendants") respectfully request the withdrawal of the appearance of attorneys Gabrielle E. Tenzer, Joshua A. Matz, and Kate Harris of Hecker Fink LLP as counsel on their behalf.

PLEASE TAKE FURTHER NOTICE that, as set forth in the accompanying declaration, withdrawal of counsel is appropriate under NYRPC §§ 1.16(c)(1) and (10) because Defendants have consented and will not be prejudiced by counsel's withdrawal.

PLEASE TAKE FURTHER NOTICE that Defendants shall continue to be represented by the remaining counsel of record from Sive, Paget & Riesel P.C. and Kaplan Martin LLP.

PLEASE TAKE FURTHER NOTICE that Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the emails gtenzer@heckerfink.com, jmatz@heckerfink.com, and kharris@heckerfink.com be removed from the ECF service notification list for this case.

Dated: December 4, 2024  
      New York, New York

Respectfully submitted,

*/s/ Gabrielle E. Tenzer*
Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
gtenzer@heckerfink.com

Joshua A. Matz
Kate Harris
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
jmatz@heckerfink.com
kharris@heckerfink.com

*Counsel for Defendants Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority*