UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>   *Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>   *Defendants*. | Case No. 1:23-cv-10365 (LJL)<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW** |

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

I, Gabrielle E. Tenzer, declare and state as follows:

1. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 in support of the accompanying motion to withdraw the appearance of attorneys Gabrielle E. Tenzer, Joshua A. Matz, and Kate Harris of Hecker Fink LLP as counsel of record for Defendants Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (collectively, "Defendants").

2. Hecker Fink LLP seeks to withdraw from representation of Defendants in this civil action. Defendants have consented to Hecker Fink LLP's withdrawal. *See* NYRPC § 1.16(c)(10).

3. Defendants will not be prejudiced by Hecker Fink LLP's withdrawal, as Defendants have been and will continue to be represented by remaining counsel of record from Sive, Paget & Riesel P.C. and Kaplan Martin LLP. *See* NYRPC § 1.16(c)(1).

4. Hecker Fink LLP is not asserting a retaining or charging lien.

Dated: December 4, 2024  By: */s/ Gabrielle E. Tenzer*
      New York, New York        Gabrielle E. Tenzer