UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 23 Civ. 10365 (LJL) |
| MICHAEL MULGREW, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 24 Civ. 1644 (LJL)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Federal Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, the Federal Defendants, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Amended Complaints pursuant to Rules 56 of the Federal Rules of Civil Procedure.

Dated: December 9, 2024
       New York, New York

                                    DAMIAN WILLIAMS
                                    United States Attorney
                                    Southern District of New York

                            By:     /s/ Zachary Bannon
                                    ZACHARY BANNON
                                    DOMINIKA TARCZYNSKA
                                    Assistant United States Attorneys
                                    86 Chambers Street, Third Floor
                                    New York, New York 10007
                                    Tel.: (212) 637-2728