UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-10365 (LJL)<br>Case No. 1:24-cv-01644 (LJL)<br><br>**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, AND WILLIAM J. CARRY** |
| MICHAEL MULGREW, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | |

PLEASE TAKE NOTICE that, upon (1) the accompanying Memorandum of Law in Support of the Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment and (2) the Administrative Record, Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, the New York City Department of Transportation, and William J. Carry hereby move this Court for an order granting summary judgment pursuant to Federal Rule of Civil Procedure 56.

1

Dated: December 9, 2024                                        Respectfully submitted,

MURIEL GOODE-TRUFANT  
Corporation counsel of the City of New York  
By:   */s/ Nathan Taylor*  
    Nathan Taylor  
    Senior Counsel  
    Environmental Law Division  
    New York City Law Department  
    100 Church Street  
    New York, NY 10007  
    (212) 356-2315  
    ntaylor@law.nyc.gov  

*Counsel for Defendant the New York City Department of Transportation and William J. Carry*

*/s/ Mark A. Chertok*  
Mark A. Chertok  
Elizabeth Knauer  
John F. Nelson  
Amy Cassidy  
SIVE, PAGET & RIESEL, P.C.  
560 Lexington Avenue, 15th Floor  
New York, NY 10022  
(212) 421-2150  
mchertok@sprlaw.com  
eknauer@sprlaw.com  
jnelson@sprlaw.com  
acassidy@sprlaw.com  


*/s/ Roberta A. Kaplan*  
Roberta A. Kaplan  
D. Brandon Trice  
Maximilian T. Crema  
KAPLAN MARTIN LLP  
1133 Avenue of the Americas  
Suite 1500  
New York, NY 10036  
(212) 316-9500  
rkaplan@kaplanmartin.com  
btrice@kaplanmartin.com  
mcrema@kaplanmartin.com  

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*