

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 16, 2024

By ECF
The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Chan, et al. v. U.S. Dep't of Transp., et al.*, No. 23 Civ. 10365 (LJL)
            *Mulgrew, et al. v. U.S. Dep't of Transp., et al.*, No. 24 Civ. 1644 (LJL)

Dear Judge Liman:

      I write on behalf of the Federal Defendants and the MTA Defendants to respond to Plaintiffs' letter filed earlier this evening regarding the schedule for Friday's hearing.  *See* No. 23 Civ. 10365, Dkt. No. 155.  It was our understanding based on the briefing schedule adopted by the Court, *see* Dkt. No. 132, that the Court intended to address all fully briefed motions in these matters during Friday's hearing so that all outstanding issues could be resolved in advance of the anticipated January 5, 2024, implementation date for Congestion Pricing.  As such, the defendants are prepared to address questions on all motions, including the pending motions to dismiss and the cross-motions for summary judgment on Plaintiffs' remaining NEPA claims.  However, if the Court determines that a narrower set of issues should be addressed at Friday's hearing, we will, of course, limit our arguments accordingly.

                                      Respectfully Submitted,

                                      EDWARD Y. KIM
                                    Acting United States Attorney

By:      /s/ Zachary Bannon
            ZACHARY BANNON
            DOMINIKA TARCZYNSKA
            Assistant United States Attorneys
            86 Chambers Street, 3rd Floor
            New York, New York 10007