Alan Klinger
212 378 7677
aklinger@Steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

December 16, 2024

**VIA CM/ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mulgrew v. United States Dep't of Transp. ("Mulgrew")*, No. 24-cv-01644 (LJL); *Chan v. U.S. Dep't of Transp., ("Chan")* No. 23-cv-10365 (LJL)

Dear Judge Liman:

As your Honor is aware, we are counsel to the *Mulgrew* and *Chan* Plaintiffs. We write, in light of the Court's December 13, 2024 Order, to seek clarification on the scope of oral argument scheduled for Friday, December 20, 2024. The Court's Order states that the Court intends to consider preliminary injunction applications in the four Congestion Pricing matters on Friday. Separate from the injunction applications before your Honor are motions to dismiss and motions and cross-motions for summary judgment on the constitutional and NEPA claims. Plaintiffs wish to confirm that these claims will not be the subject of the hearing.

We thank the Court for its guidance.

Respectfully submitted,

*/s/ Alan M. Klinger*
Alan M. Klinger

*Attorney for Mulgrew and Chan Plaintiffs*

---

The December 20 hearing is limited in scope to the preliminary injunction motions before the Court. The parties may discuss the motions to dismiss and cross-motions for summary judgment only to the extent those motions inform the preliminary injunction analysis.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 17, 2024