UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICHAEL MULGREW, *et al.*,

                        Plaintiffs,

            - against -                    1:24-cv-01644 (LJL)
                                                 1:23-cv-10365 (LJL)

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ELIZABETH CHAN, *et al.*,

                        Plaintiffs,

            - against -

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR ADMISSION PRO HAC VICE

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Michelle S. Kallen, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of the District of Columbia, Virginia,[1] and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court. I

---

[1] Please note that the Certificate of Good Standing for Virginia is forthcoming. It will be delivered to our offices via FedEx on December 20, 2024 before 1:00pm. I intend to supplement this Motion with the Virginia certificate as soon as it is received. I will also be prepared to make an oral motion for admission Pro Hac Vice before the Court on Friday, December 20th, if needed.

1

2

have attached the affidavit pursuant to Local Rule 1.3.

Dated:  December 19, 2024                            /s/ *Michelle S. Kallen*
                                                     Michelle S. Kallen
                                                     1330 Connecticut Avenue NW
                                                     Washington, DC  20036
                                                     (202) 429-6415
                                                     mkallen@steptoe.com

                                                     *Counsel for the Mulgrew and Chan Plaintiffs*