UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MICHAEL MULGREW, *et al.*,

                Plaintiffs,

      - against -                    1:24-cv-01644 (LJL)
                                              1:23-cv-10365 (LJL)

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                Defendants.

------------------------------------X

ELIZABETH CHAN, *et al.*,

                Plaintiffs,

      - against -

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                Defendants.

------------------------------------X

## **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Michelle S. Kallen for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia, Virginia, and California, and that her contact information is as follows:

Michelle S. Kallen
1330 Connecticut Avenue NW
Washington, DC  20036
(202) 429-6415
mkallen@steptoe.com

1

2

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

HONORABLE LEWIS J. LIMAN
United States District Court Judge