UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| MICHAEL MULGREW, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| - against - : | 1:24-cv-01644 (LJL) |
| : | 1:23-cv-10365 (LJL) |
| UNITED STATES DEPARTMENT OF : | |
| TRANSPORTATION, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ELIZABETH CHAN, *et al.*, :
:
                    Plaintiffs, :
:
         - against - :
:
UNITED STATES DEPARTMENT OF :
TRANSPORTATION, *et al.*, :
:
                    Defendants. :
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR ADMISSION PRO HAC VICE

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Michelle S. Kallen, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of the District of Columbia, Virginia, and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

2

| | |
|---|---|
| Dated:  December 20, 2024 | /s/ *Michelle S. Kallen* <br> Michelle S. Kallen <br> 1330 Connecticut Avenue NW <br> Washington, DC  20036 <br> (202) 429-6415 <br> mkallen@steptoe.com <br><br> *Counsel for the Mulgrew and Chan Plaintiffs* |

2