# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Michelle Shane Kallen

was admitted to practice as an attorney and counsellor at the bar of this Court on September 13, 2018.

I further certify that so far as the records of this office are concerned, Michelle Shane Kallen is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 18th day of December
A.D. 2024

By:  _____
*Deputy Clerk*