

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

(212) 316-9500
rkaplan@kaplanmartin.com

May 7, 2025

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

       Re:    *Mulgrew, et al. v. U.S. Dep't of Transp., et al.*, No. 24 Civ. 1644 (LJL) ("*Mulgrew*"); *Chan, et al. v. U.S. Dep't of Transp., et al.*, No. 23 Civ. 10365 (LJL) ("*Chan*")

Dear Judge Liman:

     I write on behalf of Defendants the Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority ("TBTA") to advise the Court that the MTA and TBTA consent to the request by the plaintiffs in *Mulgrew* and *Chan* for a thirty-day extension to the deadline to amend their respective complaints. *Mulgrew*, ECF 160; *Chan*, ECF 176. Counsel for Defendant Stephanie Winkelhake, P.E. has informed us that Defendant Winkelhake also consents.

                                      Respectfully submitted,

                                      Roberta A. Kaplan

cc:    Counsel of Record (via ECF)