UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH CHAN, et al.,

                          Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,

                          Defendants.

Case No.: 1:23-cv-10365

**NOTICE OF CHANGE OF ADDRESS**

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

KAREN STEINBERG KENNEDY
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __KSK-0357__    My State Bar Number is __2429371__

I am,

    ☑ An attorney

    ☐ A Government Agency attorney

    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: KRAMER LEVIN NAFTALIS & FRANKEL LLP
                 FIRM ADDRESS: 1177 Avenue of the Americas, New York, NY 10036
                 FIRM TELEPHONE NUMBER: 212-715-9100
                 FIRM FAX NUMBER: 212-715-8000

NEW FIRM:   FIRM NAME: Herbert Smith Freehills Kramer (US) LLP
                 FIRM ADDRESS: 1177 Avenue of the Americas, New York, NY 10036
                 FIRM TELEPHONE NUMBER: 212-715-9100
                 FIRM FAX NUMBER: 212-715-8000

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: June 1, 2025

/s/KAREN STEINBERG KENNEDY
ATTORNEY'S SIGNATURE