AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Chan et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-10365-LJL |
| U.S. Depart. of Transport. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas A. Choubah, P.E. (Defendant) and Stephanie Winkelhake (Defendant)  .

Date:  06/13/2025

/s Mihir A. Desai
*Attorney's signature*

Mihir A. Desai / MD8961
*Printed name and bar number*

New York State Attorney General's Office
28 Liberty Street
New York, NY 10005
*Address*

mihir.desai@ag.ny.gov
*E-mail address*

(212) 416-8478
*Telephone number*

(212) 416-6007
*FAX number*