# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-10365-LJL |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| Defendants. | ) |
| MICHAEL MULGREW, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:24-cv-1644-LJL |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| Defendants. | ) |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:24-cv-367-LJL |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| Defendants. | ) |

| | |
|---|---|
| TRUCKING ASSOCIATION OF NEW YORK, ) ) Plaintiff, ) ) v. ) ) METROPOLITAN TRANSPORTATION ) AUTHORITY, *et al.*, ) ) Defendants, ) ) LETITIA JAMES, Attorney General of the ) State of New York, ) ) Intervenor. ) | No. 1:24-CV-4111-LJL |
| METROPOLITAN TRANSPORTATION ) AUTHORITY, *et al.* ) ) Plaintiffs, ) ) NEW YORK STATE DEPARTMENT OF ) TRANSPORTATION, *et al.* ) ) Intervenor- ) Plaintiffs, ) ) v. ) ) SEAN DUFFY, in his official capacity as ) Secretary of the United States Department of ) Transportation, *et al.* ) ) Defendants. ) | No. 1:25-cv-1413-LJL |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4(b), I, Andrew G. Frank, hereby state that on June 16, 2025 I served the Notice of Motion and Motion for Leave to Withdraw [*Chan* ECF No. 181; *Mulgrew* ECF No. 164; *New Yorkers Against* ECF No. 149; *Trucking Association* ECF No. 109; *Metropolitan Transportation Authority v. Duffy* ECF No.

2

140] on defendant Stephanie Winkelhake (in case nos. 1:23-cv-10365-LJL, 1:24-cv-1644-LJL), defendant Nicholas Choubah (in case no. 1:23-cv-10365-LJL), intervenor Letitia James (in case no. 1:24-cv-4111-LJL), defendant New York State Department of Transportation ("State DOT") (in case nos. 1:25-cv-367-LJL, 1:25-1644-LJL) and intervenor-plaintiff State DOT (in case no. 1:25-cv-1413-LJL) by first-class mail and e-mail at the following addresses:

|  |  |  |
|---|---|---|
| The New York State Department of Transportation, Stephanie Winkelhake and Nicholas Choubah | : | Timothy Lennon<br>Assistant Commissioner and General Counsel<br>New York State Department of Transportation<br>50 Wolf Road<br>Albany, NY  12232<br>*timothy.lennon@dot.ny.gov* |
| Letitia James: |  | Mihir Desai<br>Assistant Attorney General<br>New York State Attorney General's Office<br>28 Liberty Street<br>New York, NY 10005<br>*mihir.desai@ag.ny.gov* |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2025

                                              */s/ Andrew G. Frank*
                                              Andrew G. Frank
                                              Assistant Attorney General
                                              New York State Attorney General's Office
                                              28 Liberty Street
                                              New York, NY  10005
                                              Telephone:  212-416-8271
                                              E-mail:  andrew.frank@ag.ny.gov